AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Anne Schlafly Cori, Eunie Smith, Cathie Adams, Carolyn McLarty, Rosina Kovar, Shirley Curry, derivatively on behalf of Nominal Defendant Eagle Forum,<br>*Plaintiff(s)*<br>v.<br>Phyllis Schlafly's American Eagles, and Eagle Forum, Nominal Defendant.<br>*Defendant(s)* | Civil Action No. 3:16-cv-946 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Phyllis Schlafly's American Eagles
c/o James S. Wilson, Jr.
Registered Agent
2002 N. Kenmoore St.
Arlington, VA 22207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erik O. Solverud
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/25/16

*Reid Hermann*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Anne Schlafly Cori, Eunie Smith, Cathie Adams, Carolyn McLarty, Rosina Kovar, Shirley Curry, derivatively on behalf of Nominal Defendant Eagle Forum,<br><br>*Plaintiff(s)*<br>v.<br>Phyllis Schlafly's American Eagles, and Eagle Forum, Nominal Defendant.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:16-cv-946<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eagle Forum
c/o John Schlafly
Registered Agent
322 State Street, Suite 301
Alton, IL 62002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erik O. Solverud
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/25/16                                                    *Reid Hermann* (signature)
                                                                 *Signature of Clerk or Deputy Clerk*