```
 1              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2

 3

 4   ANNE SCHLAFLY CORI, et al.,   )
                                   )
 5           Plaintiffs,           )
                                   )
 6           vs.                   ) Civil Action No.
                                   ) 3:16-CV-00946 DRH-RJD
 7   PHYLLIS SCHLAFLY'S AMERICAN   )
     EAGLES,                       )
 8                                 )
             Defendant.            )
 9

10

11

12

13

14              RECORD OF NONAPPEARANCE
            (Noticed Deposition of John Schlafly
15       as Successor Trustee of Eagle Trust Fund)

16           TAKEN ON BEHALF OF THE PLAINTIFFS

17                   MARCH 2, 2017

18

19

20      (Starting time of the record:  9:43 a.m.)

21

22

23

24

25
```

EXHIBIT 1

1                  UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ILLINOIS
2

3

4    ANNE SCHLAFLY CORI, et al.,   )
                                   )
5              Plaintiffs,         )
                                   )
6              vs.                 ) Civil Action No.
                                   ) 3:16-CV-00946 DRH-RJD
7    PHYLLIS SCHLAFLY'S AMERICAN   )
     EAGLES,                       )
8                                  )
               Defendant.          )
9

10

11             RECORD OF NONAPPEARANCE (Noticed

12   Deposition of John Schlafly as Successor Trustee of

13   Eagle Trust Fund), taken on March 2, 2017, between

14   the hours of nine o'clock in the forenoon and ten

15   o'clock in the forenoon of that day, at the offices

16   of Spencer Fane Britt & Browne LLP, 1 North

17   Brentwood Boulevard, Suite 1000, St. Louis, Missouri

18   63105, before William L. DeVries, a Certified Court

19   Reporter (MO), Registered Diplomate Reporter, and

20   Certified Realtime Reporter, in a certain cause now

21   pending in the United States District Court for the

22   Southern District of Illinois, between ANNE SCHLAFLY

23   CORI, et al., Plaintiffs, vs. PHYLLIS SCHLAFLY'S

24   AMERICAN EAGLES, Defendant; on behalf of the

25   Plaintiffs.

```
 1                    A P P E A R A N C E S

 2

 3            For the Plaintiffs:

 4                  Mr. Eric Block
                    Spencer Fane Britt & Browne LLP
 5                  1 North Brentwood Boulevard
                    Suite 1000
 6                  St. Louis, Missouri 63105-3925
                    (314) 863-7733
 7                  eblock@spencerfane.com

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

        Court Reporter:
22      William L. DeVries, RDR/CRR
        Missouri CCR #566
23      Midwest Litigation Services
        711 North Eleventh Street
24      St. Louis, Missouri 63101
        (314) 644-2191
25      1-800-280-3376
```

1                  (Starting time:  9:43 a.m.)

2                  MR. BLOCK:  It's Thursday, March 2nd,

3    at 9:43 a.m.  Counsel for plaintiffs, Eric Block.

4    John Schlafly was noticed for a -- served a subpoena

5    for a deposition and production of documents due

6    today in his capacity as Successor Trustee for Eagle

7    Trust Fund.

8                  John has chosen to ignore the subpoena

9    and to refuse to appear at the deposition and to

10   otherwise refuse to produce documents.  We are

11   submitting an exhibit as Eagle Trust Fund Exhibit 1

12   the notice of the videotaped deposition along with

13   the subpoena and other relevant documents, as well

14   as Eagle Trust Fund Exhibit 2, an e-mail confirming

15   that John Schlafly's attorney, Barry Noeltner,

16   agreed to accept service and accepted service on

17   February 9th, 2017.  That's it.

18                  (WHEREIN, Exhibit 1, Notice of

19   deposition and subpoena, and Exhibit 2, 2-10-17

20   Solverud e-mail to Noeltner, was marked for

21   identification.)

22                  (Ending time:  9:45 a.m.)

23

24

25

1               CERTIFICATE OF REPORTER

2

3            I, William L. DeVries, a Certified

4    Court Reporter (MO), Certified Shorthand Reporter

5    (IL), Registered Diplomate Reporter, and a Certified

6    Realtime Reporter, do hereby certify that the

7    foregoing record was taken by me to the best of my

8    ability and thereafter reduced to typewriting under

9    my direction; that I am neither counsel for, related

10   to, nor employed by any of the parties to the action

11   in which this record was taken, and further that I

12   am not a relative or employee of any attorney or

13   counsel employed by the parties thereto, nor

14   financially or otherwise interested in the outcome

15   of the action.

16

17

18   _____

19               Certified Court Reporter

20         within and for the State of Missouri

21

22

23

24

25

## A

**a.m** 1:20 4:1,3 4:22
**ability** 5:8
**accept** 4:16
**accepted** 4:16
**action** 1:6 2:6 5:10,15
**agreed** 4:16
**al** 1:4 2:4,23
**AMERICAN** 1:7 2:7,24
**ANNE** 1:4 2:4 2:22
**appear** 4:9
**attorney** 4:15 5:12

## B

**Barry** 4:15
**behalf** 1:16 2:24
**best** 5:7
**Block** 3:4 4:2,3
**Boulevard** 2:17 3:5
**Brentwood** 2:17 3:5
**Britt** 2:16 3:4
**Browne** 2:16 3:4

## C

**C** 3:1
**capacity** 4:6
**cause** 2:20
**CCR** 3:22
**certain** 2:20
**CERTIFICATE** 5:1
**Certified** 2:18 2:20 5:3,4,5,19
**certify** 5:6
**chosen** 4:8
**Civil** 1:6 2:6
**confirming** 4:14
**CORI** 1:4 2:4,23
**counsel** 4:3 5:9

5:13
**Court** 1:1 2:1,18 2:21 3:21 5:4 5:19

## D

**day** 2:15
**Defendant** 1:8 2:8,24
**deposition** 1:14 2:12 4:5,9,12 4:19
**DeVries** 2:18 3:22 5:3
**Diplomate** 2:19 5:5
**direction** 5:9
**District** 1:1,1 2:1,1,21,22
**documents** 4:5 4:10,13
**DRH-RJD** 1:6 2:6
**due** 4:5

## E

**E** 3:1,1
**e-mail** 4:14,20
**Eagle** 1:15 2:13 4:6,11,14
**EAGLES** 1:7 2:7,24
**eblock@spenc...** 3:7
**Eleventh** 3:23
**employed** 5:10 5:13
**employee** 5:12
**Eric** 3:4 4:3
**et** 1:4 2:4,23
**exhibit** 4:11,11 4:14,18,19

## F

**Fane** 2:16 3:4
**February** 4:17
**financially** 5:14

**foregoing** 5:7
**forenoon** 2:14 2:15
**Fund** 1:15 2:13 4:7,11,14
**further** 5:11

## G

## H

**hours** 2:14

## I

**identification** 4:21
**ignore** 4:8
**IL** 5:5
**Illinois** 1:1 2:1 2:22
**interested** 5:14

## J

**John** 1:14 2:12 4:4,8,15

## K

## L

**L** 2:18 3:22 5:3
**Litigation** 3:23
**LLP** 2:16 3:4
**Louis** 2:17 3:6 3:24

## M

**March** 1:17 2:13 4:2
**marked** 4:20
**Midwest** 3:23
**Missouri** 2:17 3:6,22,24 5:20
**MO** 2:19 5:4

## N

**N** 3:1
**neither** 5:9
**nine** 2:14
**Noeltner** 4:15,20

**NONAPPEA...** 1:14 2:11
**North** 2:16 3:5 3:23
**notice** 4:12,18
**noticed** 1:14 2:11 4:4

## O

**o'clock** 2:14,15
**offices** 2:15
**outcome** 5:14

## P

**P** 3:1,1
**parties** 5:10,13
**pending** 2:21
**PHYLLIS** 1:7 2:7,23
**plaintiffs** 1:5,16 2:5,23,25 3:3 4:3
**produce** 4:10
**production** 4:5

## Q

## R

**R** 3:1
**RDR/CRR** 3:22
**Realtime** 2:20 5:6
**record** 1:14,20 2:11 5:7,11
**reduced** 5:8
**refuse** 4:9,10
**Registered** 2:19 5:5
**related** 5:9
**relative** 5:12
**relevant** 4:13
**Reporter** 2:19 2:19,20 3:21 5:1,4,4,5,6,19

## S

**S** 3:1

**Schlafly** 1:4,14 2:4,12,22 4:4
**Schlafly's** 1:7 2:7,23 4:15
**served** 4:4
**service** 4:16,16
**Services** 3:23
**Shorthand** 5:4
**Solverud** 4:20
**Southern** 1:1 2:1,22
**Spencer** 2:16 3:4
**St** 2:17 3:6,24
**Starting** 1:20 4:1
**State** 5:20
**States** 1:1 2:1,21
**Street** 3:23
**submitting** 4:11
**subpoena** 4:4,8 4:13,19
**Successor** 1:15 2:12 4:6
**Suite** 2:17 3:5

## T

**taken** 1:16 2:13 5:7,11
**ten** 2:14
**thereto** 5:13
**Thursday** 4:2
**time** 1:20 4:1,22
**today** 4:6
**Trust** 1:15 2:13 4:7,11,14
**Trustee** 1:15 2:12 4:6
**typewriting** 5:8

## U

**United** 1:1 2:1 2:21

## V

**videotaped** 4:12
**vs** 1:6 2:6,23

| W | 9 |
|---|---|
| **William** 2:18 3:22 5:3 | **9:43** 1:20 4:1,3 |
| | **9:45** 4:22 |
| **X** | **9th** 4:17 |
| **Y** | |
| **Z** | |
| **0** | |
| **1** | |
| **1** 2:16 3:5 4:11 4:18 | |
| **1-800-280-3376** 3:25 | |
| **1000** 2:17 3:5 | |
| **2** | |
| **2** 1:17 2:13 4:14 4:19 | |
| **2-10-17** 4:19 | |
| **2017** 1:17 2:13 4:17 | |
| **2nd** 4:2 | |
| **3** | |
| **3:16-CV-00946** 1:6 2:6 | |
| **314** 3:6,24 | |
| **4** | |
| **5** | |
| **566** 3:22 | |
| **6** | |
| **63101** 3:24 | |
| **63105** 2:18 | |
| **63105-3925** 3:6 | |
| **644-2191** 3:24 | |
| **7** | |
| **711** 3:23 | |
| **8** | |
| **863-7733** 3:6 | |

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANNE SCHLAFLY CORI, et al.,     )
                                  )
     Plaintiffs,            )
                                  )
vs.                             )     Case No. 3;16-CV-00946 DRH-RJD
                                  )
PHYLLIS SCHLAFLY'S AMERICAN    )
EAGLES,                        )
                                  )
     Defendant.           )

## NOTICE OF VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that on March 2, 2017, commencing at 9:30 a.m., at the offices of Spencer Fane LLP, 1 North Brentwood Blvd., Suite 1000, St. Louis, MO 63105, Plaintiffs, pursuant to the Federal Rules of Civil Procedure, will take the oral and videotaped deposition of John Schlafly, in his capacity as Successor Trustee of Eagle Trust Fund.

The deponent will be served with a subpoena duces tecum requiring him to appear and testify at the deposition, and produce at and throughout the deposition, for inspection and copying and for purposes of being deposed upon, certain documents and records specified in Exhibit A hereto. A copy of the said subpoena is attached hereto as Exhibit 1 and incorporated herein by reference.

The deposition will be recorded verbatim through stenographic means by a court reporter who is authorized by law to administer oaths, or any other officer authorized by law to take depositions in like cases. This deposition will also be videotaped.

The deposition is being taken for purposes of discovery, for use as evidence at trial and for any other proper purpose. The deposition shall continue from day to day until completed.



SL 2221939.1

SPENCER FANE LLP

By: _____
Erik O. Solverud, #IL6231306
(Lead Counsel)
Megan D. Meadows, #IL6314885
Eric D. Block, #IL6315217
Arthur D. Gregg, #IL6319204
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone (314) 863-7733
Facsimile (314) 862-4656
esolverud@spencerfane.com
mmeadows@spencerfane.com
eblock@spencerfane.com
agregg@spencerfane.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, the foregoing document was sent via electronic mail, and U.S. mail, postage prepaid, to the following:

| | |
|---|---|
| Nelson L. Mitten | John T. Walsh |
| Paul A. Grote | James P. Sanders |
| Riezman Berger, P.C. | SmithAmundsen LLC |
| 7700 Bonhomme, 7th Floor | 120 S. Central Ave., Ste. 700 |
| St. Louis, MO 63105 | St. Louis, MO 63105 |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff Defendant Eagle* |
| *Phyllis Schlafly's American Eagles* | *Forum* |

_____

SL 2221939.1

## EXHIBIT A – EAGLE TRUST FUND
## BY AND THROUGH JOHN F. SCHLAFLY AS SUCCESSOR TRUSTEE

Pursuant to the subpoena attached hereto, John F. Schlafly, as one of the Successor Trustees to the Eagle Trust Fund, shall produce the documents and other tangible things in his possession, custody or control which are described below:

### Definitions and Instructions

A.      As used herein, "PSAE" refers to Phyllis Schlafly's American Eagles, a Virginia corporation, and any affiliated entities or aliases associated with Phyllis Schlafly's American Eagles, including but not limited to Phyllis Schlafly's Eagles and PS Eagles.

B.      As used herein, "the Trust" refers to Eagle Trust Fund, which was purportedly created pursuant to a Declaration of Trust dated June 2, 1967, and any purported amendments thereto.

C.      Unless otherwise stated, the relevant time period for these requests is January 1, 2016 to the present.

### Documents and Other Tangible Things Requested

1.      All documents, including but not limited to receipts, invoices, cancelled checks and bills of sale, that refer or relate to, or otherwise evidence, any expense incurred by, or paid on behalf of, PSAE.

2.      All documents that refer or relate to, or otherwise evidence, correspondence or communications between the Trust and PSAE.

3.      All documents that refer or relate to, or otherwise evidence, correspondence or communications between the Trust and any attorneys representing PSAE, including but not limited to any members of the Riezman Berger law firm.

4. All documents that refer or relate to, or otherwise evidence, correspondence or communications between the Trust and any of the following individuals which mention or refer to PSAE:

a. Edward Martin;

b. John Schlafly;

c. Andy Schlafly;

d. Bruce Schlafly;

e. Kathleen Sullivan; and

f. Phyllis Schlafly.

5. All documents that refer or relate to, or otherwise evidence, any transfers of funds to or from any account owned or maintained by PSAE to or from any account owned or maintained by the Trust or its purported trustees.

6. All documents that refer or relate to, or otherwise evidence, the deposit or transfer of any monies to the Trust in respect of donations received in connection with any mailing, solicitation or request for donations made by PSAE, including but not limited to the solicitation letters attached hereto as Group Exhibit 1.

7. All documents that refer or relate to, or otherwise evidence, the deposit or transfer of any monies to PSAE in respect of donations received in connection with any mailing, solicitation or request for donations which refer to or mention PSAE, including but not limited to the solicitation letters attached hereto as Group Exhibit 1.

8. All documents (including correspondence and communications) that refer or relate to, or otherwise evidence, the Trust's involvement with, payment of expenses for or support of any solicitation letters distributed by or for the benefit of PSAE, including but not limited to the solicitation letters attached hereto as Group Exhibit 1.

SL 2219402.1

9. All documents that refer or relate to, or otherwise evidence, any transfer of any funds, accounts, intellectual property rights, personal property or assets from the Trust to PSAE.

10. All documents that refer or relate to, or otherwise evidence, any agreements, whether oral or written, between the Trust and PSAE, including but not limited to any licenses and agreements regarding clerical services, office leases, website management and/or administrative expenses.

11. All documents that refer or relate to, or otherwise evidence, any income, benefits or expenses paid by the Trust to, or on behalf of, PSAE.

12. All documents that refer or relate to, or otherwise evidence, any income, benefits or expenses paid by PSAE to, or on behalf of, the Trust.

13. All documents that refer or relate to, or otherwise evidence, the Trust providing payments to, or reimbursing any debts and/or obligations on behalf of, PSAE or any of its officers and directors.

14. All documents (including correspondence and communications) that refer or relate to, or otherwise evidence, any intellectual property rights, interests or claims asserted by any of the following individuals or entities:

    a. Eagle Forum;

    b. PSAE;

    c. the Trust;

    d. Eagle Forum Education and Legal Defense Fund; and

    e. Phyllis Schlafly.

15. All documents (including correspondence and communications) related to the Trust's promotion of, involvement with, payment of expenses for or support of any events for

PSAE or any of its officers and directors, including but not limited to an event in Naples, Florida on February 23, 2017.

16.     All documents related to PSAE's use of any mailing lists, databases, contact lists and/or membership lists allegedly owned, managed, controlled, used or acquired by the Trust.

17.     All documents that refer or relate to, or otherwise evidence, the Trust's involvement with, payment of expenses for or support of any communications, internet postings, social media posts, blogs, domain name registrations or website maintenance relating to PSAE.

18.     All correspondence and communications received from any third parties in response to the solicitation letters attached hereto as Group Exhibit 1.

SL 2219402.1

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| ANNE SCHLAFLY CORI, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:16-cv-00946 DRH-RJD |
| PHYLLIS SCHLAFLY'S AMERICAN EAGLES, et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:    John Schlafly, in his capacity as Successor Trusteeof Eagle Trust Fund, 322 State Street, Alton, IL 62002

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Offices of Spencer Fane, LLP, 1 North Brentwood, Suite 1000, St. Louis, Missouri 63105 | Date and Time: <br> 03/02/2017 9:30 am |
|---|---|

The deposition will be recorded by this method:    Stenographic and Videotape

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/8/2017

| CLERK OF COURT | OR | *Eh Oxfeld* |
|---|---|---|
| _____ <br> *Signature of Clerk or Deputy Clerk* | | _____ <br> *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs,
Anne Schlafly Cori, et al., _____ , who issues or requests this subpoena, are:

Erik O. Solverud, Spencer Fane LLP, 1 N. Brentwood Blvd., Ste. 1000, St. Louis, MO 63105; 314-863-7733;
~~esolverud@spencerfane.com~~

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.  3:16-cv-00946 DRH-RJD

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A – EAGLE TRUST FUND
## BY AND THROUGH JOHN F. SCHLAFLY AS SUCCESSOR TRUSTEE

Pursuant to the subpoena attached hereto, John F. Schlafly, as one of the Successor Trustees to the Eagle Trust Fund, shall produce the documents and other tangible things in his possession, custody or control which are described below:

### Definitions and Instructions

A.     As used herein, "PSAE" refers to Phyllis Schlafly's American Eagles, a Virginia corporation, and any affiliated entities or aliases associated with Phyllis Schlafly's American Eagles, including but not limited to Phyllis Schlafly's Eagles and PS Eagles.

B.     As used herein, "the Trust" refers to Eagle Trust Fund, which was purportedly created pursuant to a Declaration of Trust dated June 2, 1967, and any purported amendments thereto.

C.     Unless otherwise stated, the relevant time period for these requests is January 1, 2016 to the present.

### Documents and Other Tangible Things Requested

1.     All documents, including but not limited to receipts, invoices, cancelled checks and bills of sale, that refer or relate to, or otherwise evidence, any expense incurred by, or paid on behalf of, PSAE.

2.     All documents that refer or relate to, or otherwise evidence, correspondence or communications between the Trust and PSAE.

3.     All documents that refer or relate to, or otherwise evidence, correspondence or communications between the Trust and any attorneys representing PSAE, including but not limited to any members of the Riezman Berger law firm.

4.    All documents that refer or relate to, or otherwise evidence, correspondence or communications between the Trust and any of the following individuals which mention or refer to PSAE:

        a.     Edward Martin;

        b.     John Schlafly;

        c.     Andy Schlafly;

        d.     Bruce Schlafly;

        e.     Kathleen Sullivan; and

        f.     Phyllis Schlafly.

5.    All documents that refer or relate to, or otherwise evidence, any transfers of funds to or from any account owned or maintained by PSAE to or from any account owned or maintained by the Trust or its purported trustees.

6.    All documents that refer or relate to, or otherwise evidence, the deposit or transfer of any monies to the Trust in respect of donations received in connection with any mailing, solicitation or request for donations made by PSAE, including but not limited to the solicitation letters attached hereto as Group Exhibit 1.

7.    All documents that refer or relate to, or otherwise evidence, the deposit or transfer of any monies to PSAE in respect of donations received in connection with any mailing, solicitation or request for donations which refer to or mention PSAE, including but not limited to the solicitation letters attached hereto as Group Exhibit 1.

8.    All documents (including correspondence and communications) that refer or relate to, or otherwise evidence, the Trust's involvement with, payment of expenses for or support of any solicitation letters distributed by or for the benefit of PSAE, including but not limited to the solicitation letters attached hereto as Group Exhibit 1.

SL 2219402.1

9.    All documents that refer or relate to, or otherwise evidence, any transfer of any funds, accounts, intellectual property rights, personal property or assets from the Trust to PSAE.

10.    All documents that refer or relate to, or otherwise evidence, any agreements, whether oral or written, between the Trust and PSAE, including but not limited to any licenses and agreements regarding clerical services, office leases, website management and/or administrative expenses.

11.    All documents that refer or relate to, or otherwise evidence, any income, benefits or expenses paid by the Trust to, or on behalf of, PSAE.

12.    All documents that refer or relate to, or otherwise evidence, any income, benefits or expenses paid by PSAE to, or on behalf of, the Trust.

13.    All documents that refer or relate to, or otherwise evidence, the Trust providing payments to, or reimbursing any debts and/or obligations on behalf of, PSAE or any of its officers and directors.

14.    All documents (including correspondence and communications) that refer or relate to, or otherwise evidence, any intellectual property rights, interests or claims asserted by any of the following individuals or entities:

        a.    Eagle Forum;

        b.    PSAE;

        c.    the Trust;

        d.    Eagle Forum Education and Legal Defense Fund; and

        e.    Phyllis Schlafly.

15.    All documents (including correspondence and communications) related to the Trust's promotion of, involvement with, payment of expenses for or support of any events for

3

PSAE or any of its officers and directors, including but not limited to an event in Naples, Florida on February 23, 2017.

16.     All documents related to PSAE's use of any mailing lists, databases, contact lists and/or membership lists allegedly owned, managed, controlled, used or acquired by the Trust.

17.     All documents that refer or relate to, or otherwise evidence, the Trust's involvement with, payment of expenses for or support of any communications, internet postings, social media posts, blogs, domain name registrations or website maintenance relating to PSAE.

18.     All correspondence and communications received from any third parties in response to the solicitation letters attached hereto as Group Exhibit 1.

SL 2219402.1

Phyllis Schlafly
Chairman



322 State St., Ste 301
Alton, IL 62002
(618) 462-5415

*The elites are betraying America. Help me Put Americans First!*

Dear Fellow American,

Barack Obama just released 20,000 more illegal aliens into our communities. They came from many countries and are looking to work for less pay than Americans expect and deserve.

Crony international corporations are exporting U.S. jobs to Communist China's slave labor factories.

Sleazy D.C. lobbyists pay off Congressmen on behalf of foreign interests.

And hardly anyone is standing up for the American people!

I've been fighting to protect American sovereignty since I got involved in politics in 1964. But never before have we faced a crisis like this.

Please do two things for me and our great nation right away.

First, please sign the enclosed "Put Americans First" petitions directed to the chairmen of the Democratic and Republican Parties.

Both parties will be drafting Platforms at their conventions this summer. The lobbyists and big business interests want them to turn control over Americans to various globalist organizations.

Both Party's leaders need to understand that this globalist nonsense must stop. They should put Americans first!

Next, please send in a generous contribution of $20, $35, $50, or $100 or more to help me convince the politicians of both parties to support our Americans First agenda.

We need to lobby delegates at both party conventions. We need to fight on Capitol Hill.

We must keep fighting until the politicians listen to We the People and PUT AMERICANS FIRST!

Our agenda is simple.

Over, please...

GROUP EXHIBIT 1

No more treaties that benefit foreign governments instead of the American people.

No more taxpayer bailouts of international corporations.

No more subsidies for foreign companies.

No more open borders.

No more crooked globalist organizations like the UN interfering in America's affairs.

No more Capitol Hill lobbyists representing foreign interests.

We must rebuild our military so we can fight and win any war necessary to protect Americans. We must stop letting anyone treat our armed forces as a global social welfare agency!

We need to expel illegal immigrants and keep Muslims out.

And we need to do it now!

**The fact is, our government is corrupt. It doesn't represent the American people any more.**

<u>Big business, liberal special interests, crooked politicians and shady international organizations are looting America.</u>

For instance, Republicans in Congress voted to give Barack Obama extraordinary powers to negotiate his international ObamaTrade treaty <u>in secret</u>.

This treaty gives a bunch of foreign countries a leg up. American workers get the shaft.

Instead of putting Americans first, Republicans and Democrats are conspiring to enact this treaty that gives a multinational committee the right to change our trade and immigration laws without the approval of Congress or consent of the American people.

Then there is the issue of our border.

Right now the "kingmaker" elites running both parties want to flood America with illegal immigrants.

They don't care about the economic or physical security of people like you and me. They don't care about the ability of Americans to support their families.

Next page, please...

They simply want to save a few dollars per hour by paying low wages to illegal immigrants instead of Americans.

They are trying to turn America into a third world Socialist nation by importing poor welfare-dependent immigrants.

The American people must stop this madness.

<u>Our Eagle Leaders are ready to confront the leaders of both political parties at their national conventions this summer</u>.

Please sign your <u>Put Americans First</u> petitions immediately.

When Republicans and Democrats are drafting their 2016 Platforms, I want to be able to stand in front of the media with all these petitions.

I want to persuade politicians of both parties to do the right thing.

The national media will be focused on these two historic national conventions in Cleveland and Philadelphia. This is our golden opportunity to stand up for American sovereignty.

The Democrats want to subjugate Americans to the power of various international organizations.

They want a World Court to be able to try our brave soldiers.

They want to get Obama to sign international agreements that regulate our industries, erase our borders, and make deals binding on our laws and courts — even though they are never ratified by the U.S. Senate.

On the Republican side, big business wants cheap labor and subsidies for foreign companies through crony capitalist organizations like the Export-Import Bank.

They want Wall Street bailouts *and one-sided trade deals* that benefit only international corporations and Third World countries.

We've had enough of this anti-American globalism!

My loyal supporters -- **my American Eagles** -- and I have been fighting for America's sovereignty for decades.

I led the fight against the Panama Canal giveaway. I led the fight against every open borders proposal such as the North American Union.

Over, please...

Page Four

I know that grassroots Americans can help change the
direction of our country by forcing a change to the platforms of
the two political parties.

However, we have to fight hard, and we have to fight now!

Please, sign your petitions and make a generous donation to
our Americans First campaign.

**This battle doesn't simply begin and end at the party
conventions.  Oh no.**

We need to take this fight to Washington, to Congress and to
the White House.

I'm committed to doing everything humanly possible to stand
up for the American people and for American sovereignty, but I
need your help.

Please help me rally grassroots conservatives against this
globalist Madness.

Please sign your petition and rush it back to me right now.

And please include a generous donation to our "Americans
First" campaign.

$20, $35, $50, $100 or whatever you can afford will help us
confront the party bosses at their conventions.

And your financial help will allow us to take our Americans
First campaign to D.C., New York, San Francisco and wherever
American sovereignty is under attack.

This will be a long and hard campaign. However, it's one we
must win.  America's fate hangs in the balance.

Thank you in advance for standing with me in this fight.

Faithfully,

Phyllis Schlafly
Phyllis Schlafly's American Eagles

P.S. Please sign your Put Americans First petition to the leaders
of Republican and Democratic Parties.  I need thousands of
these petitions in hand when I confront the party bosses at
their conventions.

And, if at all possible, please include a generous
contribution of $20, $35, $50, $100 or whatever you can
afford to help fund my national Americans First campaign.



# National Campaign to Put Americans First

TO: Phyllis Schlafly
Chairman, Phyllis Schlafly's American Eagles

FROM:

Dear Phyllis,

Enclosed are my signed petitions to the leaders of the Republican and Democratic Parties. Please make sure they are delivered at the national party conventions this summer. To help you take our national Americans First grassroots campaign nationwide, enclosed is my most generous contribution of:

❏ $500    ❏ $250    ❏ $100    ❏ $50    ❏ $35    ❏ $20    ❏ Other $_____

*Please see reverse side to contribute by credit card.*

***Please make checks payable to Phyllis Schlafly's American Eagles (an IRS-recognized 501(c)(4) organization).***
***Because we lobby Congress on your behalf, contributions are not tax-deductible.***

To stay up-to-date on our efforts to put Americans First, please provide your email address:

---

## Petition to National Republican Party Chairman Reince Priebus

I, the undersigned patriotic American citizen do hereby ask that the Republican National Convention strengthen its national party platform to Put Americans First by supporting Phyllis Schlafly's Americans First Agenda.

I ask the Republican Party to support:
1) Closing our southern border
2) A ban on Muslim immigration
3) Rebuilding the U.S. military and using our armed forces to defend America, not foreign interests
4) An end to one-sided trade deals that undermine the American economy and hurt American workers
5) A ban on foreign lobbyists in Washington
6) Ending U.S. involvement in corrupt globalist organizations

Signed _____
Mrs. Anne Cori
City _____ State _____

---

## Petition to National Democratic Party Chairman Debbie Wasserman Schultz

I, the undersigned patriotic American citizen do hereby ask that the Democratic National Convention revise its national party platform to Put Americans First by supporting Phyllis Schlafly's Americans First Agenda.

I ask the Democratic Party to support:
1) Closing our southern border
2) A ban on Muslim immigration
3) Rebuilding the U.S. military and using our armed forces to defend America, not foreign interests
4) An end to one-sided trade deals that undermine the American economy and hurt American workers
5) A ban on foreign lobbyists in Washington
6) Ending U.S. involvement in corrupt globalist organizations

Signed _____
Mrs. Anne Cori
City _____ State _____

If you would like to make your contribution by credit card, please complete the information below:

Type of Credit Card: ☐ [card] ☐ [card] ☐ [card] ☐ [card]

Credit Card Number: _____  Amount of Gift: $_____

Expiration Date: _____  CCV Code:_____ Date: _____

Name as it appears on Card: _____

Signature: _____

Please make checks payable to **Phyllis Schlafly's American Eagles**,
an IRS-recognized 501(c)(4) organization
and mail to: 322 State St., Ste 301, Alton, IL 62002
Because we lobby Congress on your behalf,
contributions are not tax-deductible.

By affixing your own first-class stamp on this
envelope, you can help save much needed funds.



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 367   ALTON, ILLINOIS

POSTAGE WILL BE PAID BY ADDRESSEE

PHYLLIS SCHLAFLY'S AMERICAN EAGLES
ATTN PHYLLIS SCHLAFLY
PO BOX 618
ALTON IL 62002-9903

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES







# *Phyllis Schlafly Eagles*

P.O. Box 618 • Alton, IL 62002 • (618) 462-5415

**Phyllis Schlafly**
*Founder*

December 2016

Dear fellow Eagle,

It was in re-reading Phyllis' prophetic letter of November 2014 that I ran across the line.

**"Our Eagles must fly into action ..."**

She was speaking of you. Her Eagle. Our Eagle.

Phyllis was ever buoyed by the faithful friendship of her countless thousands of supporters. Thank you for your generosity. Thank you for your loyalty to all you know to be true. It is you who have helped America soar to victory in a grueling, unprecedented battle to restore the presidency to authentic, grassroots conservatism.

Proof, perhaps, of the existence of the *"silenced* majority"!

The forum of Eagles to which you belong is Phyllis' enduring legacy. **Now, _we_ are her voice, not an echo.** We proudly call ourselves, quite simply, **Phyllis Schlafly Eagles**.

And there's not a moment to lose as we carry on her tremendous and awe-inspiring mission. Together we must lead the fight to reverse the disaster of Obamacare, defeat Common Core, hold President Trump's feet to the fire on abortion and immigration, and put an end to the misguided push for a Constitutional Convention.

I need you to fly into action along with me!

The nomination of a successor to Justice Scalia is at stake, and we need your immediate help. **A new Supreme Court Justice will serve for the next 30 years, rendering critically important decisions for the future of our country and our children.**

If you haven't already replied to one or both of this fall's special requests from John and Bruce Schlafly, please don't wait. We're working tirelessly to advance our shared cause by **carrying on every one of Phyllis' most important priorities:**

- **producing** *The Phyllis Schlafly Report*, now in its 50th year of consecutive monthly publication.

- **continuing Phyllis' syndicated weekly column**, which appears at the Drudge Report, TownHall.com, Conservative Chronicle, and other places.

- **protecting and defending the American family** against the ravages of moral relativism, liberal policies, dumbed down education, and the death of patriotism at the hands of Barack Obama.


*— please turn page over*


*The elites are betraying America. Help us Put Americans First!*

- **publishing education and advocacy books**, among which is the just-released *Phyllis Schlafly Speaks*, a volume of hand-picked speeches that Phyllis chose to represent her most eloquent expression of the values she fought hardest to protect.

- **representing grassroots conservatism**, standing up to the "kingmakers" and establishment operatives Phyllis worked so hard to dethrone.

- **opposing disastrous trade deals** that threaten jobs and family security.

- **keeping a strong presence in Washington, DC**, where we're a trusted voice that President-elect Trump and his top advisers rely on for their post-election strategies. *(If you missed reading the extraordinary tribute to Phyllis that Donald Trump delivered at her funeral, let me know and I'll mail you an extra copy.)*

Phyllis emphasized how much she wanted her conservative principles – your values – to live long into the future. Her vision began in 1964 with her classic book, *A Choice Not An Echo*, and attained its spectacular triumph in the 2016 election.

Beginning with the Eagle Trust Fund, publisher of *The Phyllis Schlafly Report*, Phyllis had the vision and foresight to found and lead organizations to carry on her mission to make America great again. These organizations remain aloft for you, her beloved Eagle friend. Along with the tax-exempt Eagle Forum Education & Legal Defense Fund, they comprise the family of **Phyllis Schlafly Eagles**.

But Phyllis would be the first to say that our work is not done.

Now it is up to us, as thousands of faithful Eagles across the U.S., to carry on Phyllis' legacy and finish the job she began. It is up to us to be **her voice,** *not an echo of the liberal elite*.

I thank you for continuing to advance her mission and legacy as we carry on the great and necessary work of upholding the truth, as our shared future surely depends on it. May you and your family enjoy a blessed Christmas!

Faithfully in her name,

*Ed Martin*

Ed Martin, President

P.S. In our months of close collaboration prior to my appointment as her successor, Phyllis entrusted to me the keys to advancing her vision and mission. She charged me with the terrific task of gathering her Eagles, and carrying us forward together to secure America's family. Let me know you're with us. **On the enclosed reply form, please share your opinion by helping us to rank priorities for our direction in 2017.** *Your perspective is important to us!*

P.P.S. Phyllis lived and died in courageous defense of what was right, even when doing so came at great personal cost. I need your help to carry her passionate fight forward, especially taking critical and sustained action to secure the appointment of a truly conservative Supreme Court Justice!



# *Yes, I want conservatives to win in 2017!*

From:

To:
**Phyllis Schlafly**
**Eagle Trust Fund**
P.O. Box 618
Alton, Illinois 62002

December 2016

*YES, count me among the Phyllis Schlafly Eagles* **flying into action this season!**
I am most passionate about the following issue(s) facing America's family [please rank
with #1 being the specific area you believe needs our action *most* urgently]:

- ❑ nominating and confirming the best possible Justice for the Supreme Court
- ❑ building a wall to stop illegal aliens
- ❑ defunding Planned Parenthood
- ❑ defeating Common Core
- ❑ opposing a "Constitutional Convention"

- ❑ expanding the reach of the monthly *Phyllis Schlafly Report*
- ❑ protecting U.S. sovereignty and putting Americans <u>first</u> in the world
- ❑ educating Americans about what's really going on in Washington

    ❑ Other: _____

As a Phyllis Schlafly Eagle, I'm proud to contribute to the:

- ❑ **Eagle Trust Fund,** which helps ensure the continued publication of the monthly *Phyllis Schlafly Report* to keep members informed *(not tax-deductible; your gift of $20 or more renews your annual subscription to* **The Phyllis Schlafly Report***)*
    - ❑ $1,000   ❑ $250   ❑ $100   ❑ $50   ❑ $ _____

- ❑ **Phyllis Schlafly's American Eagles,** the activist organization carrying on our founder's mission to be your voice in the halls of Congress and State Legislatures *(not tax-deductible)*
    - ❑ $5,000   ❑ $1,000   ❑ $250   ❑ $100   ❑ $ _____

- ❑ **Eagle Forum Education & Legal Defense Fund,** the educational organization devoted to arming every American with the truth about the issues of greatest concern for families today *(tax-deductible)*
    - ❑ $10,000   ❑ $2,500   ❑ $500   ❑ $250   ❑ $ _____

Credit Card: _____ exp _____
Signature: _____ Security Code _____
If name on credit card is not the same as above, please show correction on label above. *Total amount: $* _____

- ❑ My donation is $100 or more. Please send me a copy of *Phyllis Schlafly Speaks,* volume 1, our new collection of Phyllis Schlafly's speeches.



# The
# Phyllis Schlafly Report

VOL. 50, NO. 5      P.O. BOX 618, ALTON, ILLINOIS 62002      DECEMBER 2016

# Why We Need the Electoral College

On December 19, for the 58th time since our U.S. Constitution was adopted, presidential electors will gather in their respective state capitols to cast their ballots. In 30 states, Republican electors will cast 306 ballots; in 20 states and the District of Columbia, Democratic electors will cast 232 ballots.

On January 6, the 538 ballots will be opened and counted during a joint session of the newly elected 115th Congress. Speaker Paul Ryan and outgoing Vice President Joe Biden will announce that Donald J. Trump has been elected the 45th President of the United States by "a majority of the whole number of Electors" in the Electoral College.

While Trump won a clear majority of the votes in the Electoral College, he did not win the most popular votes. Some liberals are engaging in sore-loser backbiting by falsely focusing on the meaningless outcome in the popular vote.

The Chicago Cubs did not score more runs than the Cleveland Indians in the World Series, yet the Cubs were declared the winner. Was that unfair, or does anyone challenge that result? Of course not. A baseball team is not rewarded for running up the score in one game, and winning a game by 6-0 (as the Indians won game one) does not count any more than winning a game by 1-0 (as the Indians won game three).

Our Electoral College uses the same fair system as our national pastime. Hillary Clinton "ran up the score" in liberal states like California, New York, and Illinois, but that should not and did not give her any extra advantage in the election.

In illegal-immigration friendly California, Hillary Clinton defeated Donald Trump by more than 4 million votes, and ballots were not even fully counted by the end of November. But the election results should not depend on how many votes a candidate can obtain in a liberal, insolvent state like California, and our Nation need not wait until all those votes are counted before declaring the winner.

Our Electoral College prevents tyranny by the majority, or giving one state so much influence over the others. Instead, our Founders wisely compartmentalized our Union such that each state, even tiny ones like New Hampshire, has an influence all its own. This usually ensures that one candidate attains a majority of the Electoral College vote, even though none of the candidates garner a majority of the popular vote. In more than half of the presidential elections over the past quarter century, no candidate attained a majority of the popular vote.

Twice in the last five presidential elections the winner of the Electoral College did not receive more popular votes than his rival, but that is only because California is so one-sidedly Democrat. Without including California, the Republican candidates won the popular vote in three of the past five elections.

Our Nation should not be hostage to California's refusal to enforce America's immigration laws, even refusing to take reasonable steps to prevent illegals from voting. Likewise, we should not be victim to the Democratic political machines in large cities that are notorious for withholding their vote totals until late in the evening, to see how many votes they need to flip a result trending Republican.

Some fail to recognize that the Electoral College is the single greatest safeguard against voter fraud and a potential national crisis if there is a disputed presidential election outcome. Chicago can cheat all it wants in voting, as it has historically done, but that will not change the outcome today under the ingenious system of our Electoral College.

Our Founders opposed tyranny by the majority, and the Bill of Rights stands against allowing a mere "majority vote" to impose its will on everyone else. The Electoral College is there for the same reason, to provide a buffer against the whims of the masses.

Opponents of the Electoral College could repeal it by hijacking a Convention of States, which is a euphemistic term for a new constitutional convention. While promoters of the Convention of States deny repealing the Electoral College as their goal, they do not disclose the identity of

their financial backers so there is no way to know for sure what their real underlying intent is.

The wonderful Republican Platform of 2016, which helped carry Donald Trump to his victory, rejects any "scheme to abolish or distort the procedures of the Electoral College," including the National Popular Vote Interstate Compact. That compact, enacted by ten states so far, attempts to bypass the Electoral College without changing the Constitution.

To the liberals demanding an end to the Electoral College, why aren't they also demanding that the Chicago Cubs return their World Series trophy? For the same reason it makes sense not to allow a baseball team to benefit from running up the score in a single game of the series, it also makes sense not to allow a liberal presidential candidate to benefit from running up her vote tally in a few liberal states.

## Trump Has a Point About Illegal Votes

When Donald Trump boldly complained about the "millions of people who voted illegally" in the presidential election, he may not have been far from the mark after California is considered. Most Americans are unaware just how far California's election procedures have drifted away from the rest of our country.

In the 49 States other than California, Donald Trump crushed Hillary Clinton by almost 2 million popular votes. The claim that Hillary won the national popular vote is due entirely to the huge run-up in votes that she claims she received in California.

Hillary's reported vote total in California is constantly changing, even weeks after the election, so Donald Trump's skepticism about the popular vote total is healthy. A look at rules in California which are rejected by nearly every other state illustrates why California's vote should not dictate the future of our country.

For starters, California continued to accept mailed-in ballots lacking in safeguards against voter fraud for days after the rest of the country voted on Election Day. How many of these mailed-in ballots, not received until days after the election, are the result of fraud?

California does not require any photo identification or comparable verification before allowing someone to cast a ballot. This is in contrast to the states that do have safeguards against voting by impostors, and most of the voter ID states were carried by Trump.

California is one of only three states that allow convicted felons to vote while sitting in jail behind bars. In most other states, murderers and rapists are denied the ability to influence the outcome of an election even after they have been released from jail, unless they go through a process to have their voting rights restored.

California harbors illegal aliens in far greater numbers than other states, with several major cities in California

designated as "sanctuary cities." The entire state was declared a "sanctuary" by the Inspector General of the U.S. Department of Justice, a decision which allows the Attorney General to withhold federal funds from the state.

In 2013 the California legislature even passed a law to allow illegal aliens to serve on juries, in contrast with all other states. Democratic Governor Jerry Brown vetoed that bill, but he signed a bill to prohibit state government from using the word "alien" because, according to the bill's sponsor, state senator Tony Mendoza, it "has very negative connotations."

Illegal aliens have been given so many benefits and protections unavailable to them in other states that the term "California citizenship" has been used to describe its un-American approach. Many of those illegal aliens could have voted because in practice there is nothing to stop them from doing so, and Trump is right to complain about the unknown number who "voted illegally" in the presidential election.

In addition, California did not allow any Republican to be on the general election ballot for U.S. Senator this year, due to an unusual process that eliminated the Republican candidate in the primary. Given a choice between two liberal Democratic minority females, California's U.S. Senate race was more like something found in Cuba or other one-party systems.

Many local races in California also reflected a one-party system where voters were given a choice between two different members of the Democratic Party, both of whom generally supported the same political positions. While Californians could vote for the Republican candidate Trump for president, many could not vote for a Republican candidate for other key offices in the general election.

Neither Trump nor Hillary Clinton spent much time or money campaigning in California, which has expensive media markets and a sprawling population nearly 800 miles from north to south. The final vote tally in that state is as meaningless as the final score in a sporting event where one side continued to run up the score after the outcome was already settled.

If the outcome of the election were based on who won the most popular votes rather than who won the Electoral College, then the candidate who spent the most money would have an enormous advantage. The very problem that liberals criticize so often – the influence of money in determining the outcome of elections – would be far worse if popular votes were all that mattered.

Instead, the Electoral College brilliantly allows a less-funded candidate, as Trump was, to focus on a half-dozen small-media states to take his campaign right to the American people without relying heavily on negative ads as Hillary Clinton did. How ironic it is that the critics of negative campaigning and the corrosive effect of big money in politics are not defending Trump's victory based on his large rallies with the people in a few swing states.

# Was the Election Rigged?

Was the election rigged in favor of Hillary Clinton, as Donald Trump repeatedly claimed? The mainstream media have been in collective outrage since Donald Trump, in the third debate, said he reserves the right to contest the outcome on November 8.

Liberals insist that voter fraud is a myth invented by conservatives as a pretext for voter suppression. By defining voter fraud so narrowly as to mean only impersonation at the polling place, liberals ignore other serious threats to the accuracy and legitimacy of our elections.

In a press release dated October 1, Obama's secretary of homeland security Jeh Johnson publicly warned that the potential for cyberattacks from overseas could disrupt the administration of this year's presidential election. "In recent months," Johnson said, "we have determined that malicious actors gained access to state voting-related systems."

Cyberattacks get headlines, but there are many other ways our elections can be stolen. One of the most common is the risk that your vote could be cancelled by the votes of people who are legally ineligible to vote.

Felons are one large category of people who, in many states, are prohibited from casting a ballot unless they regain that privilege by going through a process of application and approval. But that didn't stop felons from illegally voting in close elections, including the 2000 presidential race in Florida (decided by 537 votes out of 6 million cast) and the 2008 U.S. Senate race in Minnesota (decided by 312 votes out of 3 million cast).

Al Franken supposedly won that U.S. Senate race, which led him to become the 60th and deciding vote for Obamacare. But as John Fund said on C-SPAN on October 23, "we have proof that 1,200 felons voted illegally in that election, and 200 of them were actually convicted of casting a fraudulent ballot, and the election was decided by 312 votes."

Virginia, where longtime Clinton fixer Terry McAuliffe is now the governor, is another state that bars felons from voting until they apply for and receive restoration of their voting rights. Saying he "cannot accept" a ruling of the Virginia Supreme Court which struck down his unilateral action to give voting rights to 206,000 felons, Gov. McAuliffe reinstated voting rights to 13,000 felons – which is enough to swing an election in that battleground state.

Besides felons, an even larger category of persons ineligible to vote is non-citizens. Surely we can all agree that U.S. citizenship should be required for anyone to vote in U.S. elections. Yet most states do not demand proof of U.S. citizenship from persons voting or registering to vote.

No one denies that our registration rolls include millions of non-U.S. citizens, both legal and illegal, who have accidentally or intentionally registered to vote while applying for public assistance or a driver's license. But how many of those aliens actually voted, and how many elections were swayed by those fraudulent votes?

A study published in 2014 by researchers at Old Dominion University provides some answers. Using standard statistical techniques, the ODU study extrapolates from surveys to conclude that tens of thousands of illegal votes were cast in recent elections by citizens of other countries.

In the 2008 Minnesota Senate race that Al Franken supposedly won by 312 votes, the ODU researchers estimate that 3,000 votes were cast by persons who were not U.S. citizens. The study also concludes that in the 2008 presidential election in North Carolina, Obama's narrow victory margin of 14,177 votes was made possible by non-citizen voters.

Remember the 5 million illegal aliens who received temporary legal status under the DACA and DAPA programs because of Obama's unilateral executive action? Some of them went door-to-door to help elect Hillary Clinton and other Democrats, especially in northern Virginia.

Although felons and non-citizens are obvious sources of voter fraud, they are just the tip of the iceberg. According to a study by the Pew Center on the States, published in February 2012, more than 24 million voter registrations are invalid or seriously inaccurate.

Among the 24 million bad registrations are 1.8 million people who are dead and 2.8 million who are registered in more than one state (including 70,000 people who are registered in more than two states). About 12 million registrations had incorrect addresses, which suggests that the voter no longer lived at the address where he registered.

Every bad registration creates the temptation to cheat by someone casting a ballot in the name of a voter who has died or moved away from the precinct. Liberals claim such impersonation is rare because it is rarely punished, but with 24 million bad registrations, many close elections can be determined by fraudulent votes.

In September of this year, a judge in St. Louis threw out a Democratic primary election for state representative because of absentee voter fraud and ordered a do-over. The do-over was held September 16, and this time the challenger (the victim of voter fraud) won in a landslide.

The liberal *St. Louis Post-Dispatch* has strongly criticized Trump's talk of a rigged election, but when it came to the Democratic primary in its own back yard, the paper interviewed dozens of people, reviewed thousands of documents, and found "numerous irregularities." For example, "Many voters said they were duped into filling out absentee ballots and were told to mark that they were incapacitated when they were not."

## The Dangers of Early Voting

When FBI Director James Comey announced on October 28 that his agents were reviewing 650,000 emails on a computer belonging to Hillary Clinton's closest aide, Huma Abedin, political pundits immediately speculated about how this "October surprise" would affect the election. But the shocking news came too late for many Americans, because they already voted.

The day after Comey's announcement, the *New York Times* reported that 22 million Americans had already voted in this year's presidential election. That's more than one-sixth of the expected turnout.

To put that number in perspective, 22 million is more than the margin of victory in every presidential election in American history. President Obama's 2008 margin of victory was only 10 million votes, and even Ronald Reagan's "morning in America" landslide was only 15 million votes.

Early voting began when a few states stopped requiring voters to provide a good excuse for obtaining an absentee ballot. Then a few more states began to set up special polling places for no-excuse early voting. In several states, most ballots are returned by mail long before Election Day.

Like so many bad ideas, early voting began as an accommodation for a small number of sympathetic people who were inconvenienced because they were elderly, disabled, or needed to be away from home on Election Day. The exception widened in a gradual creep, until early voting became taken for granted, and then claimed as a right belonging to everyone.

Early voting is not a constitutional right, as proved by the fact that Pennsylvania, New York and Michigan still allow no early voting at all. Unfortunately, some federal courts have ruled that once a state allows early voting, that practice can never be curtailed because of its "disparate impact" on minority voters.

A federal court ruled that Ohio could not reduce its 35 days of early voting, and another federal court ruled that North Carolina could not cut back its 17 days. The U.S. Supreme Court has never addressed the claim that early voting, once allowed, can never be limited.

Before 2008, when Obama exploited early voting so sucessfully, many Republicans were lulled in the complacent belief that both parties would benefit from the added convenience of early voting. Republicans failed to foresee how labor unions and other interest groups could turn early voting into a powerful and one-sided engine for turning out Democratic votes.

Early voting enables Democrats to badger, berate, bribe, or bamboozle reluctant, low-information voters to the polls. Democratic Party and union workers can identify reluctant voters and harass them until the party worker verifies that they have actually cast their ballot.

Democrats no longer hide the advantage that early voting gives them. In October, according to *Politico*, Democrats were going "pedal-to-the-metal" in "an all-out blitz to turn out the early vote, hoping to bank enough votes to overwhelm Donald Trump even before the polls open on Election Day."

Democrats made a special effort to win the swing state of North Carolina, where a federal court overturned needed election reforms passed by the state legislature and signed by the governor. It's no surprise that the African-American early vote for Hillary ran behind what Obama achieved four years ago, but Democrats were trying to make up that lost ground in the final 7 days.

It's time to enforce the federal law which provides that federal elections take place in even years on the Tuesday after the first Monday in November, also known as "Election Day." With a few exceptions for good cause, such as active-duty military service, all votes should be cast in your home precinct on that one day, all across America.

The U.S. Constitution requires that the delegates to the Electoral College cast their ballots for President on the same day, which is the third Monday in December following Election Day. By requiring each state's presidential electors to meet on the same day at their respective state capitols, the Constitution prevents any state from interfering with another state's election process.

We can all agree that no member of a jury should vote on guilt or innocence until all the evidence has been presented at a trial. By the same token, voters should not cast their ballots before the political campaign is over.

The integrity of elections is just as important as the universally accepted rules for jury trials, whereby jurors are asked to keep their minds open and withhold judgment until after closing arguments. Spreading out voting over an extended period of several weeks, or even a month or more, makes it impractical for poll watchers to monitor the voting for fraud.

Internet searches on "can you change your early vote" spiked after the FBI reopened its investigation of Hillary Clinton. Voters obviously did not want another Watergate, which is what Hillary would have been. Early voting should be replaced by traditional, informed voting on Election Day.

## The Phyllis Schlafly Report
#### PO Box 618, Alton, Illinois 62002
#### ISSN 0556-0152

Published monthly by the Eagle Trust Fund, PO Box 618, Alton, Illinois 62002. Periodicals Postage Paid at Alton, Illinois. Postmaster: Address Corrections should be sent to the Phyllis Schlafly Report, PO Box 618, Alton, Illinois 62002. Phone: (618) 462-5415.

Subscription Price: $20 per year. Extra copies available: 50¢ each; 10 copies $4; 30 copies $8; 100 copies $15; 1,000 copies $100.

www.eagletrust.org     www.psreport.com



THE PHYLLIS SCHLAFLY REPORT
PO BOX 618
ALTON, ILLINOIS 62002

Periodicals Postage
Paid at Alton, Illinois

Your First Class Stamp here ⟶
is an additional contribution

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL   PERMIT NO. 367   ALTON, ILLINOIS

POSTAGE WILL BE PAID BY ADDRESSEE

Eagle Forum
ATTN: PHYLLIS SCHLAFLY
PO BOX 618
ALTON IL 62002-9903

# Annual Renewal Notice for *The Phyllis Schlafly Report* in 2017

DATE OF YOUR LAST PAYMENT: 09/25/2016

*We deeply appreciate your continuing support of our cause. The Phyllis Schlafly Report — now in its 50th year — is our channel of communication. It is a unique tool to help you participate in the public policymaking process.*

Make check payable to:

**Eagle Trust Fund**
P.O. Box 618
Alton, Illinois 62002

❑ $20 Donation $ _____ Total $ _____
Credit Card:
CC# _____
Exp. Date _____ Security Code _____
Signature _____

*The Phyllis Schlafly Report* is published by Eagle Trust Fund. Your $20 subscription includes your membership as one of the Phyllis Schlafly Eagles.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Phyllis Schlafly Eagles

*Leading the Pro-Family Movement since 1972*

Please Use Order Form on reverse side ▶
January 2017

Dear

    **Thank you** for your continuing support and loyalty! The above date reflects your last gift that entitles you to continue receiving *The Phyllis Schlafly Report* in this, our *50th year* of publication.

    The importance of your faithful support can hardly be overstated as we continue to amplify your voice for the conservative movement. With each issue's scrupulous scholarship and painstakingly researched articles, we arm you with the knowledge you need to help make America great again. *The Phyllis Schlafly Report* is also the most reliable guide on issues as we work to rebuild the conservative movement and take back the Republican Party from the Establishment RINOs (Republicans In Name Only) who want us to be "moderate," more like the liberals, who are silent about social and moral issues.

    Phyllis often said that *The Phyllis Schlafly Report* is the most important of all the many things she did, because it's the lifeline that binds our members together. It gives all conservatives timely tools to be effective activists. It's written in a plain-English style. Phyllis often said her *Reports* bring you "more facts in fewer words than any publication in print," and that's what we strive to carry on.

    Anne and Tom, make no mistake: Phyllis Schlafly Eagles are nationally recognized leaders in the conservative movement. It is only because of you that ours is THE voice of clarity with the power to take back America, preserve our great country, and protect the American family.

    This annual January appeal reminds you that *The Phyllis Schlafly Report* depends on subscriptions and contributions paid to the Eagle Trust Fund. Thousands of people are now reading the *Report* free on the Internet (which means we are becoming more influential), but also please remember that paid subscriptions accompanied by donations are still the backbone of the Phyllis Schlafly Eagles.

    Gift Subscriptions to *The Phyllis Schlafly Report* are the easiest way for you to invite new friends to join our cause. I'm depending on you to continue your subscription. Thank you for your support.

    We're proud of your role in helping us keep Washington and our newly elected officials accountable.

Tirelessly for our shared cause,

*Ed Martin*

President, Phyllis Schlafly Eagles

Faithfully,

*John Schlafly*

Trustee, Eagle Trust Fund

***Check here*** if you want us to send you **one** of the following with your renewal:
    ❑ *Phyllis Schlafly Speaks, Vol. 1*    ❑ Audio CD of 22 January 2017 3-minute radio talks

# EAGLE TRUST FUND ORDER FORM

____ *Phyllis Schlafly Report* / $20 per year

____ *Education Reporter* / $25 per year

____ Get *both* reports for just $35.00!

### BACK COPIES OF P.S. REPORTS:
Available issues @ 50 cents each; 30 copies (of same issue) — $8; 100 copies (of same issue) — $15

____ Yes, I would like to to give a gift subscription!

(Please use a separate piece of paper to list gift subscriptions.)

## REBUILDING THE CONSERVATIVE MOVEMENT:
____ Stay Engaged: The Battle Resumes on Jan. 20 (1/17)
____ Why We Need the Electoral College (12/16)
____ Americans Elected 'A Choice, Not An Echo' (10-11/16)
____ Trump: 'She Never Wavered' (9/16)
____ Trump and Reagan: Similarities and Differences (5/16)
____ America's 'Last Chance' (2/16)
____ Congress Must Reclaim Article One (11/15)
____ How Democrats Plan to Win Elections (3/15)
____ Faulty Ideas About Marriage, Pre-K, and Feminism (9/14)
____ Obama's Pen vs. the Constitution (2/14)
____ Obama Betrays U.S. Military Superiority (1/14)
____ War on 'Free Exercise' of Religion (12/13)
____ Does the Republican Party Have a Future? (11/13)
____ Who Disobeys the Law of the Land? (10/13)
____ Some of Obama's Defense Policy Mistakes (2/13)

## REPORTS ON FEMINISM:
____ Republicans Debate: Should Women Be Drafted? (8/16)
____ Who Killed the American Family? (10/14)
____ Who Is Waging War On Women? (3/13)
____ The High Costs of Marriage Absence (11/11)
____ Obama Panders to the Feminists (2/10)
____ Feminists Psychoanalyze Themselves Again (11/09)
____ Should Parents or the 'Village' Raise Children? (6/08)
____ ERA Enforced by the United Nations? (3/07)
____ Feminist Mischief on College Campuses (4/05)

## REPORTS ON EDUCATION:
____ Chinese Crowding our College Campuses (4/16)
____ Time to Leave 'No Child' Behind (1/16)
____ NEA's Plan to Indoctrinate Schoolchildren (8/15)
____ Don't Give Obama More Power Over Schools (7/15)
____ What's Going On On College Campuses? (4/15)
____ What Parents Don't Like About Common Core (1/15)
____ Common Core's Growing Unpopularity (8/14)
____ What College Tuition Is Paying For (4/14)
____ Obama Core Is Another Power Grab (3/14)
____ The NEA Shows Its Politics (8/12)
____ Scandals in the Classroom (8/11)
____ Education Spending Dollars and Sense (4/11)
____ NEA Lists Its Goals and Democrats Agree (9/07)
____ Who Defines American Culture? (12/06)
____ Anti-Parent Policies in Public Schools (8/06)
____ Radical Agendas on College Campuses (4/06)

## REPORTS ON JOBS, ECONOMY, & TREATIES:
____ Trump Battles the Globalists of Both Parties (8/16)
____ What We Learned From the Debates (3/16)
____ Unconstitutional Attack on U.S. Inventors (6/11)
____ What We've Learned from the Budget Debate (5/11)
____ Free Trade with Protectionists Cheats U.S. (3/11)
____ 'It's Still the Economy, Stupid' (2/08)
____ Let's Protect American Sovereignty (1/08)

## REPORTS ON THE JUDICIARY:
____ Judicial Supremacists vs. 'We, the People' (6/15)
____ Mischief-Making about the Constitution (9/13)
____ Winning Where It Counts: in the Courts (5/12)
____ The Awesome Power of Family Courts (6/10)
____ Prepare for More Problems with Judges (4/10)
____ Beware of Attacks on the Constitution (5/09)

## REPORTS ON IMMIGRATION/BORDERS:
____ Diseases Cross Open Borders (6/16)
____ Governors Say 'Not in My State!' (12/15)
____ 'Anchor Babies' on Trial (9/15)
____ Sen. Sessions Advises About Immigration (2/15)
____ Americans Lose While Immigrants Gain (7/14)
____ Gang of Eight Betrays Americans (6/13)
____ Boston Bombing Should Stop Rush to Amnesty (5/13)
____ Amnesty = Suicide for Republican Party (4/13)

## *Books by Phyllis Schlafly:*

### Who Killed the American Family?
by Phyllis Schlafly
published Sept. 23, 2014
272-page hardbound book
____ @ $25.00 = $_____
(2 for $40, includes shipping)

### A Choice Not An Echo
*Updated and Expanded*
*50th Anniversary Issue*
by Phyllis Schlafly
published Nov. 10, 2014
300-page *small* hardbound book
____ @ $15.00 = $_____

### No Higher Power
*Obama's War on Religious Freedom*
by Phyllis Schlafly & George Neumayr
published July 2012 by Regnery
200-page hardbound book
____ @ $25.00 = $_____

### The Flipside of Feminism
*What Conservative Women Know — and Men Can't Say —* by Suzanne Venker and Phyllis Schlafly
published March 2011 by WND Books
226-page hardbound book
____ @ $20.00 = $_____



### Phyllis Schlafly Speaks, Vol. 1
by: Phyllis Schlafly
published Dec. 25, 2016
293-page paperback book
____ @ $15.00



### The Conservative Case for Trump
by: Phyllis Schlafly, Ed Martin & Brett M. Decker
published Sept. 16, 2016
280-page hardbound book
____ @ $15.00



### How the Republican Party Became Pro-Life
by: Phyllis Schlafly
published April 8, 2016
136-page paperback book
____ @ $10.00

**Eagle Trust Fund • P.O. Box 618 • Alton, IL  62002**

**Delaney, Michelle**

| | |
|---|---|
| **From:** | Solverud, Erik |
| **Sent:** | Friday, February 10, 2017 11:25 AM |
| **To:** | 'Barry Noeltner (bnoeltner@heylroyster.com)' (bnoeltner@heylroyster.com) |
| **Cc:** | Gregg, Arthur; Block, Eric |
| **Subject:** | Eagle Forum, et al. v. Phyllis Schlafly's American Eagles |

This will confirm that, yesterday, you agreed to accept service of a deposition subpoena directed to John Schlafly in the above-referenced matter.

**Erik O. Solverud** Attorney at Law
Spencer Fane LLP

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
**O** 314.333.3904 | **C** 314.803.3548 | **F** 314.862.4656
esolverud@spencerfane.com | spencerfane.com

CONFIDENTIALITY: This electronic mail transmission constitutes an attorney-client communication which is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by Reply e-mail or by calling (314) 863-7733, so that our address record can be corrected.


Exhibit
ETF-2