```
 1              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2

 3

 4   ANNE SCHLAFLY CORI, et al.,   )
                                   )
 5             Plaintiffs,         )
                                   )
 6             vs.                 ) Civil Action No.
                                   ) 3:16-CV-00946 DRH-RJD
 7   PHYLLIS SCHLAFLY'S AMERICAN   )
     EAGLES, et al.                )
 8                                 )
               Defendant.          )
 9

10

11

12

13              RECORD OF NONAPPEARANCE
          (Noticed Deposition of the Custodian
14      of Records for America's Future, Inc.)

15        TAKEN ON BEHALF OF THE PLAINTIFFS

16                 FEBRUARY 24, 2017

17

18

19    (Starting time of the record:   10:15 a.m.)

20

21

22

23

24

25                                     EXHIBIT 3
```

```
 1              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2

 3

 4   ANNE SCHLAFLY CORI, et al.,    )
                                    )
 5            Plaintiffs,           )
                                    )
 6            vs.                   )  Civil Action No.
                                    )  3:16-CV-00946 DRH-RJD
 7   PHYLLIS SCHLAFLY'S AMERICAN    )
     EAGLES, et al.                 )
 8                                  )
              Defendant.            )
 9

10

11              RECORD OF NONAPPEARANCE (Noticed

12   Deposition of the Custodian of Records for America's

13   Future, Inc.), taken on February 24, 2017, between

14   the hours of ten o'clock in the forenoon and eleven

15   o'clock in the forenoon of that day, at the offices

16   of Spencer Fane Britt & Browne LLP, 1 North

17   Brentwood Boulevard, Suite 1000, St. Louis, Missouri

18   63105, before William L. DeVries, a Certified Court

19   Reporter (MO), Certified Shorthand Reporter (IL),

20   Registered Diplomate Reporter, and Certified

21   Realtime Reporter, in a certain cause now pending in

22   the United States District Court for the Southern

23   District of Illinois, between ANNE SCHLAFLY CORI,

24   et al., Plaintiffs, vs. PHYLLIS SCHLAFLY'S AMERICAN

25   EAGLES, Defendant; on behalf of the Plaintiffs.
```

```
 1                A P P E A R A N C E S
 2
 3          For the Plaintiffs:
 4              Mr. Eric Block
                Spencer Fane Britt & Browne LLP
 5              1 North Brentwood Boulevard
                Suite 1000
 6              St. Louis, Missouri 63105-3925
                (314) 863-7733
 7              eblock@spencerfane.com
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
   Court Reporter:
22 William L. DeVries, RDR/CRR
   Missouri CCR #566
23 Midwest Litigation Services
   711 North Eleventh Street
24 St. Louis, Missouri 63101
   (314) 644-2191
25 1-800-280-3376
```

 1      (Starting time of the record:  10:15 a.m.)

 2         MR. BLOCK:  It's Friday, February 24th,

 3 2016.  It is 10:15 a.m.  This is Eric Block, counsel

 4 for plaintiffs, individual plaintiffs in the Cori v.

 5 Phyllis Schlafly's American Eagles case pending in

 6 the Southern District of Illinois.

 7         We have a records deposition noticed

 8 for this morning at ten o'clock for America's

 9 Future, Inc., address 7800 Bonhomme Avenue,

10 St. Louis, Missouri 63105.

11         It was scheduled for ten a.m. this

12 morning.  No one has showed, no records have been

13 produced, and the notice to serve the subpoena will

14 be recorded as Exhibit 1 to this deposition.

15         (WHEREIN, Exhibit 1, Notice of intent

16 to issue and serve subpoena, was marked for

17 identification.)

18         MR. BLOCK:  That subpoena was served on

19 February 14th, 2017 to the custodian of records for

20 America's Future, but no one has showed up.  And

21 that will be -- the returned copy or an executed

22 copy of the subpoena will be recorded as Exhibit 2.

23         (WHEREIN, Exhibit 2, Proof of service,

24 was marked for identification.)

25         (Ending time of the record:  10:16 a.m.)

```
 1                CERTIFICATE OF REPORTER
 2
 3           I, William L. DeVries, a Certified
 4   Court Reporter (MO), Certified Shorthand Reporter
 5   (IL), Registered Diplomate Reporter, and a Certified
 6   Realtime Reporter, do hereby certify that the
 7   witness whose testimony appears in the foregoing
 8   deposition was duly sworn by me pursuant to Section
 9   492.010 RSMo; that the testimony of said witness was
10   taken by me to the best of my ability and thereafter
11   reduced to typewriting under my direction; that I am
12   neither counsel for, related to, nor employed by any
13   of the parties to the action in which this
14   deposition was taken, and further that I am not a
15   relative or employee of any attorney or counsel
16   employed by the parties thereto, nor financially or
17   otherwise interested in the outcome of the action.
18
19
20           _____
21                  Certified Court Reporter
22             within and for the State of Missouri
23
24
25
```

## A

**a.m** 1:19 4:1,3 4:11,25
**ability** 5:10
**action** 1:6 2:6 5:13,17
**address** 4:9
**al** 1:4,7 2:4,7,24
**America's** 1:14 2:12 4:8,20
**American** 1:7 2:7,24 4:5
**ANNE** 1:4 2:4 2:23
**appears** 5:7
**attorney** 5:15
**Avenue** 4:9

## B

**behalf** 1:15 2:25
**best** 5:10
**Block** 3:4 4:2,3 4:18
**Bonhomme** 4:9
**Boulevard** 2:17 3:5
**Brentwood** 2:17 3:5
**Britt** 2:16 3:4
**Browne** 2:16 3:4

## C

**C** 3:1
**case** 4:5
**cause** 2:21
**CCR** 3:22
**certain** 2:21
**CERTIFICA...** 5:1
**Certified** 2:18 2:19,20 5:3,4,5 5:21
**certify** 5:6
**Civil** 1:6 2:6
**copy** 4:21,22
**Cori** 1:4 2:4,23 4:4

**counsel** 4:3 5:12 5:15
**Court** 1:1 2:1,18 2:22 3:21 5:4 5:21
**custodian** 1:13 2:12 4:19

## D

**day** 2:15
**Defendant** 1:8 2:8,25
**deposition** 1:13 2:12 4:7,14 5:8 5:14
**DeVries** 2:18 3:22 5:3
**Diplomate** 2:20 5:5
**direction** 5:11
**District** 1:1,1 2:1,1,22,23 4:6
**DRH-RJD** 1:6 2:6
**duly** 5:8

## E

**E** 3:1,1
**Eagles** 1:7 2:7 2:25 4:5
**eblock@spenc...** 3:7
**eleven** 2:14
**Eleventh** 3:23
**employed** 5:12 5:16
**employee** 5:15
**Eric** 3:4 4:3
**et** 1:4,7 2:4,7,24
**executed** 4:21
**Exhibit** 4:14,15 4:22,23

## F

**Fane** 2:16 3:4
**February** 1:16 2:13 4:2,19

**financially** 5:16
**foregoing** 5:7
**forenoon** 2:14 2:15
**Friday** 4:2
**further** 5:14
**Future** 1:14 2:13 4:9,20

## G

## H

**hours** 2:14

## I

**identification** 4:17,24
**IL** 2:19 5:5
**Illinois** 1:1 2:1 2:23 4:6
**individual** 4:4
**intent** 4:15
**interested** 5:17
**issue** 4:16

## J

## K

## L

**L** 2:18 3:22 5:3
**Litigation** 3:23
**LLP** 2:16 3:4
**Louis** 2:17 3:6 3:24 4:10

## M

**marked** 4:16,24
**Midwest** 3:23
**Missouri** 2:17 3:6,22,24 4:10 5:22
**MO** 2:19 5:4
**morning** 4:8,12

## N

**N** 3:1
**neither** 5:12

**NONAPPEA...** 1:13 2:11
**North** 2:16 3:5 3:23
**notice** 4:13,15
**noticed** 1:13 2:11 4:7

## O

**o'clock** 2:14,15 4:8
**offices** 2:15
**outcome** 5:17

## P

**P** 3:1,1
**parties** 5:13,16
**pending** 2:21 4:5
**Phyllis** 1:7 2:7 2:24 4:5
**plaintiffs** 1:5,15 2:5,24,25 3:3 4:4,4
**produced** 4:13
**Proof** 4:23
**pursuant** 5:8

## Q

## R

**R** 3:1
**RDR/CRR** 3:22
**Realtime** 2:21 5:6
**record** 1:13,19 2:11 4:1,25
**recorded** 4:14 4:22
**records** 1:14 2:12 4:7,12,19
**reduced** 5:11
**Registered** 2:20 5:5
**related** 5:12
**relative** 5:15
**Reporter** 2:19 2:19,20,21

3:21 5:1,4,4,5 5:6,21
**returned** 4:21
**RSMo** 5:9

## S

**S** 3:1
**scheduled** 4:11
**SCHLAFLY** 1:4 2:4,23
**Schlafly's** 1:7 2:7,24 4:5
**Section** 5:8
**serve** 4:13,16
**served** 4:18
**service** 4:23
**Services** 3:23
**Shorthand** 2:19 5:4
**showed** 4:12,20
**Southern** 1:1 2:1,22 4:6
**Spencer** 2:16 3:4
**St** 2:17 3:6,24 4:10
**Starting** 1:19 4:1
**State** 5:22
**States** 1:1 2:1,22
**Street** 3:23
**subpoena** 4:13 4:16,18,22
**Suite** 2:17 3:5
**sworn** 5:8

## T

**taken** 1:15 2:13 5:10,14
**ten** 2:14 4:8,11
**testimony** 5:7,9
**thereto** 5:16
**time** 1:19 4:1,25
**typewriting** 5:11

## U

**United** 1:1 2:1 2:22

**V**

**v** 4:4
**vs** 1:6 2:6,24

**W**

**William** 2:18 3:22 5:3
**witness** 5:7,9

**X**

**Y**

**Z**

**0**

**1**

**1** 2:16 3:5 4:14 4:15
**1-800-280-3376** 3:25
**10:15** 1:19 4:1,3
**10:16** 4:25
**1000** 2:17 3:5
**14th** 4:19

**2**

**2** 4:22,23
**2016** 4:3
**2017** 1:16 2:13 4:19
**24** 1:16 2:13
**24th** 4:2

**3**

**3:16-CV-00946** 1:6 2:6
**314** 3:6,24

**4**

**492.010** 5:9

**5**

**566** 3:22

**6**

**63101** 3:24
**63105** 2:18 4:10
**63105-3925** 3:6
**644-2191** 3:24

**7**

**711** 3:23
**7800** 4:9

**8**

**863-7733** 3:6