# Gregg, Arthur

| | |
|---|---|
| **From:** | James Craney <james.craney@craneylaw.com> |
| **Sent:** | Friday, August 26, 2016 12:28 PM |
| **To:** | Joel Rohlf; Steve Clark |
| **Subject:** | Cori v. Eagle Forum et al. |

Joel and Steve,

I had a meet and confer telephone call this morning with Arthur Gregg and Erik Solverud, relative to their subpoena and our objections to the subpoena. During the lengthy conversation, Mr. Solverud asked me whether I was claiming a privilege with respect to my communications with you all, and whether I was under a joint defense agreement with you all. I told him that I was under a joint defense agreement, and that I declined to discuss it any further. He became very insistent about whether I was a "signator" to a joint defense agreement, which I indicated that I was not going to speak to him about.

I just want to confirm that I am operating under the terms of the joint defense agreement that we discussed during our initial substantive conversation about this matter. I have never heard anyone indicate that we were not continuing to operate under that verbal agreement, so I assume it continues in effect going forward.

James



**James L. Craney**
Craney Law Group LLC
201 Hillsboro, Suite C
Edwardsville, IL 62025
Ph: 314-325-2750
Cell: 618-972-8307
Fax: 618-551-2100
www.craneylaw.com
james.craney@craneylaw.com

 

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

1

Exhibit C