# Gregg, Arthur

| | |
|---|---|
| **From:** | Steve Clark |
| **Sent:** | Wednesday, June 22, 2016 11:39 AM |
| **To:** | Joel Rohlf; Ed Martin - Eagle Forum (edmartin1791@gmail.com) |
| **Subject:** | RE: Eagle Forum IP Analysis |
| | |
| **Categories:** | Profiled |

Ed – would love to see this completed within the next few days.   Time is of the essence.

Steve

**Stephen R. Clark**
Managing Partner
RUNNYMEDE law group
7733 Forsyth Blvd. Suite 625
St. Louis, MO 63105
314-332-2990 (Direct)
314-503-7807 (Cell)

sclark@RunnymedeLaw.com



www.RunnymedeLaw.com

Click here to add Steve Clark's business card to your address book.

**From:** Joel Rohlf
**Sent:** Wednesday, June 22, 2016 11:18 AM
**To:** Ed Martin - Eagle Forum (edmartin1791@gmail.com)
**Cc:** Steve Clark
**Subject:** Eagle Forum IP Analysis

Ed-

We wanted to check on the status of the IP analysis.  We think it is really important to keep pushing that ball forward, so we have a better understanding of it when the litigation resumes.

Thanks,

Joel

**Joel D. Rohlf**
Counsel
RUNNYMEDE law group
7733 Forsyth Blvd. Suite 625
St. Louis, MO 63105
314-332-2980 (Direct)
202-580-9151 (Cell)

jrohlf@RunnymedeLaw.com



www.RunnymedeLaw.com

Click here to add Joel Rohlf's business card to your address book.

Exhibit D