# Gregg, Arthur

| | |
|---|---|
| **From:** | Northon, Ian <INorthon@ralaw.com> |
| **Sent:** | Monday, September 12, 2016 11:00 AM |
| **To:** | Joel Rohlf |
| **Subject:** | Follow-up on Eagle Forum |
| **Attachments:** | Sullivan_PersonalAccount.pdf |
| | |
| **Categories:** | Profiled |

Joel, As mentioned Saturday, I am attaching my client's e-mail trail regarding the memorandum she provided to you in person. The memo was an attachment to the original e-mail from Kathleen below. Dr. Bruce Schlafly's response is included.

Also, what's the most recent demand from Solverud? Like a true gentlemen, it's my understanding that he sent it during the wake on Friday.

Best always,
Ian

---------- Forwarded message ----------
From: **Kathleen Sullivan** <33ksull@gmail.com>
Date: Tue, Sep 6, 2016 at 11:59 PM
Subject: Fwd: Fwd:
To:

Phyllis's son Bruce replied to my email...

---------- Forwarded message ----------
From: **Jeanne Schlafly** <jmschlafly@yahoo.com>
Date: Tue, Sep 6, 2016 at 11:23 PM
Subject: Re: Fwd:
To: Kathleen Sullivan <33ksull@gmail.com>,

From Bruce:

Thank you, Kathleen, for sending me this information and being honest with me. I cannot tell you how shocking it is to me that Liza conspired with Anne to accomplish this deathbed visit by Anne, when I was briefly absent on Sept 5, directly contrary to my mother's explicit instructions. And, of course, Liza never told me, trusting that it would remain a secret---until Anne tells her Gang members that she had a wonderful deathbed reconciliation with my mother.

On Sept 4, I sent Liza the following email: "Also, so there is no misunderstanding, I assert my right as mother's durable power of attorney for health care to decide who is permitted to visit mother, because that is, in my opinion, a health care decision at this time. I prohibit any visitation to mother by Anne while mother is alive." I also discussed this with Liza directly, and explained that mother made it crystal clear that she did not want Anne to visit her on her deathbed. Liza, you did not challenge me on this, or my prohibition. Instead, you just took it upon yourself to violate the express wishes of your mother and the express instructions given by her attorney for health care.

Exhibit F

1

Liza, I am utterly appalled by what you have done.

Liza, if I were litigious like Anne Cori, I would sue you and do everything possible legally to put you through the kind of emotional distress that Anne Cori inflicted upon mother and continues to inflict on John. However, unlike Anne Cori, I did not have the foresight to marry a mulitmillionaire who can afford to hire high priced lawyers for me to soothe my grievances.

Well, what goes around comes around. Maybe someday your children will show as little concern for your wishes at the end of life as you have shown for your mother's.

Bruce

---

**From:** Kathleen Sullivan <33ksull@gmail.com>
**Sent:** Tuesday, September 6, 2016 9:35 PM
**Subject:** Fwd:

IT IS  V E R Y  IMPORTANT  TO  NOTE  THE  SERIOUS  MISREPRESENTATIONS
WE  ARE  DEALING  WITH  IN  THE  BATTLE  WITHIN " PHYLLIS  SCHLAFLY'S  EAGLES.."...
....


---------- Forwarded message ----------
From: **Kathleen Sullivan** <33ksull@gmail.com>
Date: Tue, Sep 6, 2016 at 9:14 PM
Subject:
To: Kathleen Sullivan <33ksull@gmail.com>