Gregg, Arthur

| | |
|---|---|
| **From:** | Steve Clark |
| **Sent:** | Monday, April 11, 2016 6:37 PM |
| **To:** | Ed Martin; aschlafly@aol.com |
| **Cc:** | Joel Rohlf |
| **Subject:** | FW: Notification |

See Eunie's email below.  I will not respond or even acknowledge receipt until we determine our strategy for litigation.  I'm inclined to have the suit styled as Phyllis, Andy and John (and LaNeil and Kathleen) v. Anne Cori and her group.

Also, does John have a *non* Eagle Forum email address?  We should not use the Eagle Forum emails in case the Cori group gets control of the servers.

Steve

**Stephen R. Clark**
Managing Partner
RUNNYMEDE law group
7733 Forsyth Blvd. Suite 625
St. Louis, MO 63105
314-332-2990 (Direct)
314-503-7807 (Cell)

sclark@RunnymedeLaw.com



www.RunnymedeLaw.com

Click here to add Steve Clark's business card to your address book.

**From:** Eunie Smith [mailto:alaeagle@charter.net]
**Sent:** Monday, April 11, 2016 6:25 PM
**To:** Steve Clark
**Subject:** Notification

4200 Stone River Circle
Birmingham, Alabama 35213

April 11, 2016

Stephen R. Clark
Runnymeade Law Group

Dear Mr. Clark:

    At the meeting held on April 11, 2016, a majority of the Board of Directors of Eagle Forum voted to adopt a resolution confirming that Eagle Forum has not acted to appoint legal counsel to represent it. At this time, neither the Runnymeade Law Group nor any other law firm has been engaged to represent Eagle Forum.

1

GROUP EXHIBIT 11

    Please be advised that neither you nor your firm, Runnymeade Law Group, is authorized to represent Eagle Forum as its legal counsel. Accordingly, you should refrain from holding yourself as legal counsel to Eagle Forum, effective immediately.


Sincerely,


Eunie Smith
First Vice President


Eunie Smith, President
Eagle Forum of Alabama
alaeagle@charter.net
(205)879-7096

2

# Gregg, Arthur

| | |
|---|---|
| **From:** | Steve Clark |
| **Sent:** | Saturday, April 30, 2016 9:21 AM |
| **To:** | Phyllis Schlafly (pschlafly@charter.net); Ed Martin; aschlafly@aol.com; johnschlafly@gmail.com; Richard Hunsaker (rhunsaker@heylroyster.com); Barry Noeltner (bnoeltner@heylroyster.com); Alisha L. Biesinger (abiesinger@heylroyster.com); Brad Elward; Joel Rohlf |
| **Subject:** | For today's call - Privileged/Confidential/Work Product/Joint Defense/Common Interest Doctrine |
| **Attachments:** | Appeal Qs and Strategy Going Forward.docx |
| **Categories:** | Profiled |

Good morning all,

Please see the attached document of issues, questions, proposed strategy, action plan, and related re: the TRO. This frames our discussion for today's call. Please pardon the early-morning musing nature of the document (and the formatting – I've been fighting Word all morning).

Brad – please pay particular attention to sections A (Issues/Questions re TRO/Appeal) and C (Questions re TRO Order).

Richard/Barry/Alisha/Joel – please pay particular attention to section B (Litigation Strategy Going Forward) as well as sections A (Issues/Questions re TRO/Appeal) and C (Questions re TRO Order).

One **confidentiality/privilege** concern I have is whether the order giving Plaintiffs "access" to all Eagle Forum property gives them access to EF servers, and therefore email accounts. As such, **\*do not use\* Eagle Forum email accounts for any legal strategy-related communications. This email is sent to the personal emails of Mrs. Schlafly, John, Andy, and Ed.**

I look forward to our 10:00 call. Call in #s: 951-797-1058 pin 466280

Please let me know any questions in the meantime.

Steve

**Stephen R. Clark**
Managing Partner
RUNNYMEDE law group
7733 Forsyth Blvd. Suite 625
St. Louis, MO 63105
314-332-2990 (Direct)
314-503-7807 (Cell)

sclark@RunnymedeLaw.com

RUNNYMEDE law group

www.RunnymedeLaw.com

Click here to add Steve Clark's business card to your address book.

1