RUNNYMEDE
law group
SOPHISTICATED REPRESENTATION, PERSONAL CLIENT SERVICE℠

**Stephen R. Clark**
314.332.2990
sclark@RunnymedeLaw.com

**CONFIDENTIAL COMMUNICATION**

April 11, 2016

Eagle Forum
Phyllis Schlafly, Board Chair
Ed Martin, President
7800 Bonhomme Ave.
St. Louis, MO 63105

**Re:** Terms of Engagement

Dear Phyllis and Ed:

Thank you for selecting RUNNYMEDE law group (sometimes "us" or "we") to provide legal services. We provide sophisticated representation with personal client service.℠ This letter and Attachments A and B confirm the terms of this engagement.

Our client for this engagement is Eagle Forum, an Illinois non-profit corporation ("you" or "Client"). We have been retained to provide the following services: representation and counsel with respect to governance matters, Board disputes and litigation as necessary. In the event that we are asked to provide additional services, we will confirm such engagement in writing, but, absent specific modification, such services will be governed by the terms and conditions of this agreement, including the Attachments A and B.

We will work closely with you in developing objectives for this particular legal matter. We also will give you our realistic assessment of achieving those objectives as this matter progresses. If at any time you have any questions, please contact me.

Our hourly billing will be discounted as follows:

| Professional | 2016 Standard Rate | 2016 Discounted Rate |
|---|---|---|
| Stephen R. Clark | $435.00 | $385.00 |
| Joel D. Rohlf | $345.00 | $295.00 |
| Carolyn J. Geoghegan | $265.00 | $210.00 |
| Chelsea L. Langeneckert (Paralegal) | $130.00 | $110.00 |

We have other attorneys who may provide services on your behalf and their discounted rates are $210.00 to $310.00 per hour; and, we have paralegals who provide services on your behalf and their discounted rates range from $90 to $110 per hour. We bill in 1/10 hour increments for the time we spend providing legal services on your behalf. Our rates may be adjusted periodically and we will advise you of any rate adjustments on our billing statements.

We issue invoices monthly, or sooner if the circumstances warrant. We believe a strong attorney-client relationship requires clear and open communication between us and you. We accordingly expect that if you have any questions or issues regarding our invoices, you will bring them to our attention within 20 days of the invoice date; otherwise, we will treat you not bringing any questions or issues to our attention within 20 days as agreement with our invoice. Payment is due within 30 days of the date of the invoice. If we do not receive payment within 30 days, we will charge, and you will pay, interest at 1% per month. We do not intend to waive interest charges absent extraordinary circumstances. Please complete and return the attached "Invoicing and Payment Preferences" form.

If we do not receive payment within thirty (30) days of the invoice date, we reserve the right to stop providing further services until your account is brought current or other satisfactory payment and security arrangements have been made. We also reserve the right to withdraw as your counsel from any litigation or other representation if you do not make timely payment.

We want you to understand the services we have provided. We will not engage in "block" or "lump sum" billing. Our invoices, therefore, will contain detailed time entries with itemized descriptions of the services we have provided. Attachment B describes billable costs.

We occasionally engage outside services on your behalf. Examples of these services include photocopy services, deposition transcripts, consultants and experts, and the like. We will not engage services expected to cost in excess of $1,500 without your prior consent. We also will pass through bills for the outside services we engage for your matter. We generally will have these services billed directly to you, or we will send the bills directly to you for payment. Absent other agreement, we generally will not make payment of these on your behalf. We do, however, expect that you will pay these outside vendors *timely*, as failure to do so will negatively affect RUNNYMEDE law group's relationships with these outside vendors and hinder our ability to serve you.

From time to time we will give estimates or estimated budgets for fees on a given matter; please understand that these are not guaranteed amounts and actual fees generally do vary from the estimates given. Circumstances beyond our control can cause significant variances from estimates.

It is our custom to require a retainer from a new client. For this engagement, we require an initial retainer of $25,000. This is not an estimate but instead is an advance deposit of fees. We may choose to apply the retainer to our invoices during the course of this matter; or we may hold the retainer to the conclusion of this matter and require payment of our invoices on a current basis. We reserve the right to request further amounts on retainer if circumstances warrant. Any

unused portion of the retainer will be refunded at the conclusion of the representation. In the meantime, all retainer funds will be held in our trust account.

We aim to timely keep you informed of the status of your matter. We routinely send and receive information by e-mail. While we employ encryption and other security measures, the internet does not provide a totally secure method of communication; e-mail may be copied and held by any computer through which it passes. Persons not participating in the communication may intercept e-mails, and e-mails stored on computers may be accessed by unauthorized parties. If you would prefer that we not communicate with you via e-mail, please advise me in writing immediately.

Please also note that you may not have any expectation of privacy in e-mails sent or received via an employer's e-mail system, computers, servers, internet service, or the like (or those of any association or entity with which you are associated) (collectively "Company E-Mail"). For example, if we are representing you as an individual, and you communicate with us via Company E-Mail (or we communicate with you via your Company E-Mail), you may not have any expectation of privacy in those communications, which may result in a waiver of the attorney-client privilege and other privileges. We therefore recommend that you take appropriate precautions to ensure that you have appropriate privacy rights in the e-mail communications between you and us. We accordingly will assume that you have appropriate privacy rights in any e-mail address you provide us or otherwise use to communicate with us and in the e-mail communications between you and us. If you have any questions regarding privacy of e-mail, please let us know before you communicate with us via e-mail.

The terms of this letter constitute the terms under which we have undertaken this representation. If you have any questions, please let me know within the next week. If you agree to these engagement terms, please execute and return a copy of this letter by the "RETURN DATE" shown below. The individuals signing below personally guarantee all amounts due under this agreement. Any services performed before you sign and return this signed agreement will nonetheless be governed by these terms. If we do not receive a signed copy of this letter by that date, we will not perform any legal services for you and any attorney-client relationship we may have established will terminate unless and until we agree to represent you and we receive a signed copy of this agreement.

Thank you again for selecting RUNNYMEDE law group. We look forward to working with you.

Very truly yours,

RUNNYMEDE law group

By: Stephen R. Clark

**RETURN DATE: April 11, 2016**

ACCEPTED AND AGREED:

EAGLE FORUM

Phyllis Schlafly, Board Chair

Date: 4-11-16

ACCEPTED AND AGREED:

EAGLE FORUM

Ed Martin, President

Date: 4-11-16

**Invoicing and Payment Preferences**

Please mark the following box, if applicable:

☐ I would like to pay via wire transfer. Please forward RUNNYMEDE law group wire transfer instructions to me at: ______________________________(insert e-mail address).

☐ I would like to receive my invoices via electronic mail (e-mail) at the address below:

______________________________________________________________

(insert email address)

**Please return this form with your signed engagement letter. Thank you.**

RUNNYMEDE law group

## Attachment A

This Attachment A to the RUNNYMEDE law group Terms of Engagement sets further additional agreements between you and us regarding our services.

**Attorney-Client Privilege.** The communications we have with you generally are protected from disclosure to others by the attorney-client privilege and/or the attorney work product doctrine, ***provided that you maintain adequate security measures***. For example, you need to maintain separate files of attorney communications, including drafts of court papers, correspondence and emails from us, budget estimates, and our invoices. You also need to limit the persons within your organization to whom you disclose these confidential materials; you should only provide such materials to persons within your organization who have decision-making authority or otherwise have a legitimate business need to know the information. Disclosure of confidential information to other individuals inside or outside of your organization may result in the waiver of the attorney-client privilege or attorney work product protection. If you have any question as to whether providing information to someone within your organization may result in a waiver of these privileges, ***please contact us <u>before</u> you make any such disclosure.***

**Dispute Resolution – Mediation/Arbitration.** In the event of any dispute regarding our services or the billing for our services, you agree to first try to resolve the dispute directly with us; in the event that that is unsuccessful, you agree to mediate the dispute through a mutually-acceptable professional mediator; in the event mediation is unsuccessful, we and you agree not to file lawsuits in court but agree to binding arbitration before the American Arbitration Association ("AAA"), under the AAA's applicable rules, or such other arbitration service as we elect, under such service's applicable rules. You also agree that the prevailing party will be entitled to recover its attorneys' fees, whether for in house or outside attorneys, and expenses incurred in connection with such dispute. Any such arbitration shall be conducted in St. Louis County, Missouri before a mutually-agreeable arbitrator (or for disputes in excess of $250,000, three mutually agreeable arbitrators). In agreeing to arbitration, you waive trial by jury or judge and agree to more limited discovery than in court. Arbitration generally provides a more efficient resolution. The decision of the arbitrator(s) shall be written and shall be final and binding; the only appeals permitted shall be those provided under the Federal Arbitration Act, which applies to this agreement.

**Termination.** You may terminate our services at any time. Likewise, we reserve the right to withdraw from our representation of you. We may withdraw if you do not pay our invoices in accordance with this agreement or if we in our professional opinion deem withdrawal advisable or necessary, subject the applicable rules of professional conduct. If our representation is terminated for any reason by you or by us, you will still be obligated to pay our invoices for services and expenses incurred up to the date of termination and incurred in connection with transitioning your representation to another attorney.

**No Future Monitoring.** We will do our best to keep you fully informed during the course of this engagement and we expect that you likewise will keep us informed of any developments potentially affecting this engagement. Unless, however, you request us to do so,

we will not monitor or notify you of new legal developments unrelated to this engagement that might affect your operations or business; similarly, we will not undertake to monitor or report to you on developments occurring after this engagement has been completed, unless you specifically request and we specifically agree otherwise in writing.

**Document Retention.** Some materials related to our representation of you (e.g. administrative records, time and expense reports, personnel materials, and credit and accounting records) belong to us and will be handled in accordance with our document retention policy. Other materials (i.e. documents provided to us by you and the final version of documents that you retain us to create) are considered client files and belong to you. We will retain your client file for **ten** years or such longer period as required by statute or our firm's document retention policy. At your request, we will return your file to you or any other person designated by you. If, at your request, we retain your client files beyond their normal period of retention, storage will be at your cost. If you have not requested that we return your file or made arrangements for long-term storage, we may destroy or otherwise dispose of your client files after the retention period.

We may, at our option, choose to retain your client file solely in electronic format, such as on CD ROM or other format. If so, we will endeavor to employ appropriate backup procedure so that electronically stored information will be accessible in the future. Your agreement to our engagement letter confirms your consent to retention of your files solely in electronic format.

**Attachment B – Billable Costs**

In addition to fees for our services, we bill our clients for the costs of third-party services. At times these types of costs may appear on your bill well after the work has been completed. This is a result of the Firm not receiving the invoices from the vendor in as timely a manner as the work was performed. You will be asked to pay directly certain expenses that are invoiced by third-parties. The current charges for other services are set forth below. These charges are subject to adjustment.

1. **Internal Copy Charges**. We generally ***do not charge*** for routine internal copying. For internal copying over 100 pages, we charge 10¢/page.

2. **Long Distance Telephone Charges**. We generally ***do not charge*** for domestic long-distance calls. We will pass through to you, without markup, charges for international calls.

3. **Fax Charges.** We ***do not charge*** for domestic faxes. We will pass through to you, without markup, charges for international faxes.

4. **Court Filing and Messengers.** When a court filing requires the use of attorney or paralegal skills, such as seeking a temporary restraining order or filing a new lawsuit, we will bill for the attorney or paralegal time at their standard hourly rate. For courts greater than 20 miles away from our office, we will use outside courier services if appropriate or charge the appropriate hourly rate for RUNNYMEDE law group staff travel time. Where appropriate, we will use mail or courier services such as FedEx or United Parcel Service to file court documents on your behalf.

5. **Computerized Legal Research**. We generally ***do not charge*** you for RUNNYMEDE law group research that is included within our subscription to Westlaw. For any computerized legal research that is not included within our subscription we will pass the cost to you ***without mark-up***.

6. **Overnight Couriers**. We will pass through to you these charges ***without mark-up***.

7. **Postage**. We ***do not charge*** for ordinary mailings under $5.00. We will pass charges over $5 through to you ***without mark-up***.

8. **Out-of-Town Travel Expenses.** Costs incurred for transportation, meals, lodging and all other costs of any out-of-town travel will be passed through to you ***without markup***.

9. **Other.** Vendor invoices for other costs, such as trial exhibits, court costs, deposition and hearing transcripts, and fees/costs for court reporters, witnesses, experts, consultants and investigators will be submitted to the clients for payment directly to the vendor, or at our option, costs incurred will be billed ***without markup***.

In certain circumstances, we receive and retain discounts from our third-party contractors based on our volume use of their services. ***We will pass these discounts on to you.***