---------- Forwarded message ----------
From: <aschlafly@aol.com>
Date: Apr 11, 2016 10:43 PM
Subject: Re: new c4
To: <jmschlafly@yahoo.com>, <johnschlafly@gmail.com>
Cc: <ed@eagleforum.org>

> A three-pronged approach is needed:
>
> 1. Ignore the Gang of 6 and their invalid Board meeting, and their letter demands that follow from it.
> 2. Litigate.
> 3. Start a new c4 using mother's name. I suggest "Phyllis Schlafly Forum."
>
> On an operating basis, I bet "Phyllis Schlafly Forum" would do better and be more effective in politics than "Eagle Forum." A brand new organization would have the vitality of Eagle Forum in the 1970s and 1980s, without attracting people who do nothing but complain.
>
> The Eagle symbol is more valuable than the name, and the Trust Fund owns the Eagle symbol. The Gang of 6 is violating that trademark by using it, as it did on its weak press release today.
>
> A lot of dead wood has accumulated over the years. It would be poetic justice if the Gang of 6 picks up the DC office and its immense expense and personnel issues, which is a c4 expense. Also, let's work with a smaller number of state chapters, and more selective state leadership. But nearly everyone would migrate to our Phyllis Schlafly Forum rather than go with the Gang of 6, if given the opportunity.
>
> Meanwhile, litigation over the assets in Eagle Forum can drag on for years. The Gang of 6 won't be accomplishing the mission of Eagle Forum, and there could be claims of breach of fiduciary duty with respect to the donations in addition to the Bylaws violations of today.
>
> Andy
>

**EXHIBIT**
**3**