# Nelson L. Mitten

**From:** James Craney <james.craney@craneylaw.com>
**Sent:** Tuesday, June 6, 2017 3:32 PM
**To:** Block, Eric; Solverud, Erik
**Cc:** Nelson L. Mitten
**Subject:** Subpoena
**Attachments:** Cover Letter for Docs Produced 6 6 17.docx; james_craney.vcf

Eric,

Please see the attached letter, as well as the documents linked below. If you have trouble with the link, I will send you a disk.

James

https://craneylawgroupllc.box.com/s/hdj2cblk3rip02i9aqpcn44d0ep7zhbf



**James L. Craney**
Craney Law Group LLC
201 Hillsboro, Suite C
Edwardsville, IL 62025
Ph(Mo): 314-325-2750
Ph(Il): 618-307-9595
Cell: 618-972-8307
Fax: 618-551-2100
www.craneylaw.com
james.craney@craneylaw.com

 

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.



EXHIBIT D

1



Craney Law Group LLC
201 Hillsboro, Suite C
Edwardsville, IL 62025
www.craneylaw.com
Fax: (618) 551-2100

*Licensed in
Illinois and Missouri*

**James L. Craney**
Office: (314) 325-2750
Cell: (618) 972-8307
james.craney@craneylaw.com

June 4, 2018

**VIA EMAIL** (eblock@spencerfane.com; **esolverud@spencerfane.com**)
Eric Block
Eric Solverud

Re:     Eagle Trust Fund Subpoena Response

Eric and Eric:

I am enclosing additional documents responsive to the subpoena. Those documents are as follows. They are all being produced subject to the protective order:

| Bates Labels | Responds To |
|---|---|
| ETFConfidential19-ETFConfidential60 | Subpoena, category 7, relating to PSAE financial accounts. |
| ETFConfidential1-ETFConfidential181 | Subpoena, category 16, relating to mailing lists. |
| NA, 4,292 pages (no bates labels, but these are being produced subject to the protective order as confidential.) | Subpoena, category 18, relating to communications received in response to solicitation letters. |

Tomorrow you will be receiving a collection of emails. These emails are pulled from a database in Relativity that has been constructed from the following email addresses:

johnschlafly@gmail.com
jmschlafly@yahoo.com
billing@eagletrust.org
joann@pseagles.com
joann@phyllischlafly.com
jajouett@gmail.com

Some of these emails will reflect communications to or from Eagle Trust Fund, and some may reflect individual correspondence from John Schlafly, or correspondence to or from John Schlafly in a capacity other than as an Eagle Trust Fund trustee. In order to comply with the spirit of the subpoena and produce documents, we are not distinguishing between the two, and are producing anything non-privileged which may be responsive.

You had also inquired about the email addresses at altonjohn@charter.net, and john@pseagles.com. My understanding is that John never used the pseagles email address, and that he has not used the charter email address since well before 1/1/16, which is the scope of the emails we are looking at here. Thus, we have not collected emails from those accounts.

The emails you will be receiving tomorrow will not constitute the complete production set. Even after going through several thousand pages of documents, I have not been able to make a significant dent in these emails. For that reason, I have called in additional help, including Nelson Mitten and attorneys at his office. With "all hands on deck," we hope to be producing emails to you daily, and have this completed as quickly as possible.

I might also suggest scheduling a call tomorrow, between you and I and Nelson, to discuss these issues. Copied below are full reports listing the number of times each search term occurs in these emails. This builds upon what I sent you before. We have run a search for attorney names (similar to the query that was run in this litigation, as I understand it upon the information in the Eagle Forum server). We have calculated a frequency of each search term in the "with privilege search terms" dataset, versus the "without privilege search terms" dataset. There are 6,480 documents with a search term hit in the "without privilege terms" dataset. And, there are 31,894 documents in the "with privilege terms" dataset. These numbers are de-duplicated.

Even paring out the terms "Image," "Website," "Copyright" and "Rights," per your previous suggestion, there are still many emails. But if you confirm that you are agreeable to production with those terms excluded, then that will speed up the process.

Please let me know, (a) if you would like to set up a call for tomorrow, (b) if you are agreeable to accepting the emails minus the search terms "Image," "Website," "Copyright" and "Rights," and (c) also please let me know in what format you would prefer production of these emails. The vendor tells me that common formats are searchable PDFs, and single page TIFs with text, native for excels, and load files (commonly used for Concordance, Relativity, and other review tools.)

James Craney

Craney Law Group LLC
In re: Conway
June 4, 2018



Report Name: Without Privilege Hits    Searchable Set: NOT Privilege Search Terms

| Term | Count |
|---|---|
| "American Eagles" | 201 |
| "American's First" | 0 |
| "Citizen Empowerment League" | 26 |
| "Eagle Design" | 19 |
| "Eagle Marks" | 17 |
| "Eagle Pin" | 13 |
| "Intellectual Property" | 274 |
| "Phyllis Schlafly Eagles" | 84 |
| "Phyllis Schlafly's Eagles" | 20 |
| Assignment | 130 |
| Brand | 227 |
| CEL | 9 |
| Copyright | 690 |
| Database | 138 |
| Goodwill | 36 |
| Image | 812 |
| License | 254 |
| Likeness | 60 |
| Mark | 1,055 |
| PSAE | 60 |
| Publicity | 74 |
| Registration | 408 |
| Revocation | 61 |
| Revoke | 86 |
| Rights | 1,788 |
| Trademark | 103 |
| Website | 924 |

Craney Law Group LLC
In re: Conway
June 4, 2018



*Encl.*