## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 17, 2021

*By the Court:*

| | EAGLE FORUM,<br>Plaintiff - Appellant, Cross - Appellee |
|---|---|
| Nos. 20-3331 and 20-3332 | v. |
| | PHYLLIS SCHLAFLY'S AMERICAN EAGLES,<br>Defendant - Appellee, Cross - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:16-cv-00946-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel | |

Upon consideration of the **JOINT MOTION FOR VOLUNTARY DISMISSAL**, filed on March 16, 2021, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit