IN THE UNITED STATES DISTRICT COURT
FOR THE SOUNTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EAGLE FORUM,** an Illinois Not-for-Profit Corporation | )<br>)<br>) |
| Plaintiff/Judgment Debtor, | )<br>) |
| v. | ) Case No. 3:16-CV-00946-NJR |
| **PHYLLIS SCHLAFLY'S AMERICAN EAGLES**, a Virginia Not-for-Profit Corporation, | )<br>)<br>)<br>)<br>) |
| Defendant/Judgment Creditor. | )<br>) |

## CITATION TO DISCOVER ASSETS

To: Eagle Forum
Anne Schlafly Cori, Registered Agent, Chairman, Treasurer
200 West Third Street, Suite 502
Alton, IL 62002

**YOU ARE COMMANDED** to appear before Magistrate Judge Reona J. Daly, at the United States District Court, Southern District of Illinois, Benton Division, 301 West Main Street, Courtroom 2, in Benton, Illinois 62812, on **June 30, 2022 at 10:00 a.m.** to be examined under oath concerning the property or income of Eagle Forum, which is located in Alton, Illinois.

On October 30, 2020, a Judgment was entered in the amount of $68,650.65 in favor of Defendant/Judgment Creditor and against Eagle Forum, for attorneys' fees and nontaxable expenses. The entire sum, $68,650.65, remains unpaid.

**YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of Eagle Forum.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled, or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of this Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

<u>YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.</u>

WITNESS, June 7, 2022

*Seal of Court*

_____
Deputy Clerk

The undersigned certifies that the statements set forth in this instrument are true and correct and provide the required information under 735 Ill. Comp. State. 5/2-1402(b).

Date: June 7, 2022

RIEZMAN BERGER, P.C.

By:   /s/ Randall D. Grady
Randall D. Grady, IBN 6195395
7700 Bonhomme, 7th Floor
Saint Louis, Missouri  63105
Telephone: (314) 727-0101
Facsimile: (314) 727-6458
E-Mail:   rdg1@riezmanberger.com

ATTORNEYS FOR DEFENDANT/
JUDGMENT CREDITOR

## SCHEDULE A

**You are ordered to bring these documents to the court date:**

1. Complete federal and state income tax returns for EAGLE FORUM for the period of January 1, 2020 to the present, including all accompanying schedules, and any subsequent amendments;

2. All payroll records and any other records indicating the amount of monies earned by EAGLE FORUM for the period of January 1, 2020;

3. All other documentation, not otherwise requested in this SCHEDULE A, evidencing income earned or received by EAGLE FORUM for the years 2016 to the present;

4. All accounts receivable at 0-30, 30-60, 60-90, and 90+ days;

5. All documentation relative to or evidencing any monies owed to EAGLE FORUM;

6. All documentation relative to or evidencing any indebtedness of EAGLE FORUM including without limitation all notes, mortgages, trust deeds, security agreements, certificates of indebtedness, written obligations, and judgments;

7. A list of all charge or credit cards and a copy of all statements for all charge and credit card accounts maintained by EAGLE FORUM from January 1, 2020 to the present;

8. All loan applications or other documents prepared by or on behalf of EAGLE FORUM from January 1, 2020 to the present for purposes of seeking financing or otherwise borrowing money;

9. All statements (monthly or otherwise), canceled checks, deposit slips and check registers for any and all checking, savings, money market, brokerage and mutual fund accounts in the name of EAGLE FORUM from January 1, 2020 to the present;

10. All documentation evidencing ownership in whole or in party by EAGLE FORUM in any stock, commodities, options, treasury bills, bonds, mutual funds, municipal bonds, certificates of deposit, and other type of commercial paper or negotiable instrument, including such items held in any type of brokerage, institutional or trust account;

11. All financial statements prepared by or on behalf of EAGLE FORUM from January 1, 2020 to the present;

12. All deeds relating to real estate owned in whole or in part by EAGLE FORUM;

13. All documents regarding the purchase or sale of any and all real estate presently owned in whole or in part by EAGLE FORUM or which was formerly owned in whole or in part

by EAGLE FORUM including but not limited to, all mortgages secured by the real estate, all appraisals of the real estate and any other indicia relative to the purchase or sale valuation of real estate at all times after the purchase of the real estate;

14. All documentation pertaining to or evidencing the value of any real estate owned in whole or in part by EAGLE FORUM;

15. Titles or other documentation pertaining to any motor vehicle, boat, motorcycle, machinery, equipment, trailer, or other tangible asset owned in whole or in part by EAGLE FORUM;

16. All documentation pertaining to or evidencing the value of any motor vehicle, boat, motorcycle, machinery, equipment, trailer, inventory, tools, personal property or other tangible assets owned in whole or in part by EAGLE FORUM;

17. All records and other documentation of assets in which EAGLE FORUM has an interest in that are in the possession of another person or entity;

18. All records or other documentation of assets in which EAGLE FORUM has or had an interest in that were sold, transferred, assigned, or pledged on or after January 1, 2020;

19. All reports, statements and memoranda from any experts, appraisers or persons or entities hired by EAGLE FORUM or its attorneys or otherwise on behalf of EAGLE FORUM relating to the value of property owned in whole or in part or held in the name of EAGLE FORUM currently; and

20. All lease agreements to which EAGLE FORUM is currently a party.