IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EAGLE FORUM**, an Illinois Not-for-Profit Corporation | ) ) ) |
| Plaintiff/Judgment Debtor, | ) ) |
| v. | ) Case No. 3:16-CV-00946-NJR ) |
| **PHYLLIS SCHLAFLY'S AMERICAN EAGLES**, a Virginia Not-for-Profit Corporation, | ) ) ) ) |
| Defendant/Judgment Creditor. | ) ) |

## NOTICE OF SETTLEMENT

Defendant/Judgment Creditor Phyllis Schlafly's American Eagles ("PSAE") by and through counsel, hereby advises the Court that, pursuant to this Court's Order of June 28, 2022 (Doc. 276), the parties to this action have agreed upon terms to settle PSAE's Citation to Discover Assets which was to be addressed at the Examination of Judgment Debtor Eagle Forum on June 30, 2022, with each party to bear their own costs and attorneys' fees.

                                        Respectfully submitted,

                                        RIEZMAN BERGER, P.C.

Date: June 28, 2022                By:   /s/ Randall D. Grady
                                              Randall D. Grady, IBN 6195395
                                              7700 Bonhomme, 7th Floor
                                              Saint Louis, Missouri  63105
                                              Telephone:  (314) 727-0101
                                              Facsimile:   (314) 727-6458
                                              E-Mail:       rdg1@riezmanberger.com

                                              ATTORNEYS FOR DEFENDANT/
                                              JUDGMENT CREDITOR

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on the twenty-eighth day of June, 2022, he filed a true and accurate copy of the foregoing electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                                             /s/ Randall D. Grady